# EXHIBIT 1

# MANAGEMENT AGREEMENT

This Management Agreement ("Agreement") is made and entered into as of the 21st day of May, 2015, by and between DREXEL UNIVERSITY, a Pennsylvania non-profit educational institution ("Client"), and SodexoMAGIC, LLC, a Delaware limited liability company ("SodexoMAGIC"), who agree as follows:

## ARTICLE I
## PURPOSE OF THIS AGREEMENT

1.1 Purpose of Agreement. This Agreement sets forth the terms and conditions upon which Client retains SodexoMAGIC to manage and operate Food Service for Client's students, faculty, staff, employees, visitors and invited guests.

1.2 Independent Contractor. SodexoMAGIC shall be an independent contractor and shall retain control over and sole responsibility for its employees and agents with respect to the performance of the Food Service.

1.3 Previous Agreements. Client and SodexoMAGIC's affiliate, Sodexo Management, Inc., previously entered into a Management Agreement dated March 10, 2004, and subsequent amendments (collectively, the "Previous Agreement"), concerning the scope of services to be provided by SodexoMAGIC as set forth in Section 1.1 herein. This Agreement supersedes the Previous Agreement and any and all other previous agreements relating to the subject matter as specified in Section 1.1 herein and upon execution and delivery of this Agreement by both parties the Previous Agreement is hereby terminated in its entirety and no longer of any force or effect.

1.4 Confidentiality. The terms and conditions of this Agreement are confidential. Client and SodexoMAGIC represent and warrant to each other that each party shall maintain the confidentiality of the terms and conditions of this Agreement, however, such restriction shall not prohibit either party from disclosing the existence of the relationship, Term of the Agreement or the projected sales volume related to the terms of the Agreement. The foregoing restriction shall not apply to the extent required by law or to auditors, insurance professionals, attorneys, trustees or similar individuals in furtherance of Client's or SodexoMAGIC's business practices or compliance requirements.

## ARTICLE II
## DEFINITIONS

2.1 Accounting Period. SodexoMAGIC's accounting calendar ordinarily contains one five week and two four week Accounting Periods in each quarter of a year.

2.2 Branded Concepts. Food and beverage systems operated by SodexoMAGIC through national and regional third party license agreements or franchise agreements or through SodexoMAGIC's own in-house trademarked brands.

2.3 Charge. A fee established by SodexoMAGIC for goods or services provided by SodexoMAGIC.

2.4 Contract Year. August 25, 2014 through June 30, 2015 and July 1st through June 30th of each subsequent year this Agreement is in effect.

2.5 Deficit. The excess of the total of Operating Expenses and Management Fee over Gross Sales excluding sales taxes.

2.6 Food Service. The preparation, service and sale of food, beverages, goods, merchandise and other items by SodexoMAGIC at the Premises. Food Service shall include the following:

A. Resident Dining Program
B. Retail Sales
C. Catering

2.7 Gross Sales. All sales including meal plan expenses paid to SodexoMAGIC by Client, food, beverages, goods, merchandise and services in the Food Service operation, including sales taxes.

2.8 Jointly Branded Concepts. Logos, design marks, brand names, trademarks, or trade dress first created or developed at the Premises with the input of both Client and SodexoMAGIC to be used exclusively for the purpose of marketing products or services primarily to members of Client's community.

2.9 Management Fee. The fee paid by the Client to SodexoMAGIC to operate the Food Service operation at the Queen Lane Campus as further detailed in Section 8.2(C).

2.10 Net Sales. All sales including meal plan expenses paid to SodexoMAGIC by Client, food, beverages, goods, merchandise and services in the Food Service operation, excluding sales taxes and the following:

- University Club sales*;

- Queen Lane Campus sales (only until the completion of the Queen Lane Campus dining renovation while Section 8.1C is effective);
- Amounts collected by SodexoMAGIC which are returned to a subcontractor; and
- Royalty fees paid by SodexoMAGIC to Branded Concepts.

*After the programs proposed by SodexoMAGIC are fully implemented at the University Club, in the event there is an annual Surplus generated by the University Club Food Service operation, the parties will mutually agree in writing on a commission for Net Sales generated at the University Club on a go-forward basis.

2.11 Operating Expenses. All costs, Charges and expenses incurred in connection with the Food Service operation including, but not limited to, the following:

(A) The invoiced amounts to SodexoMAGIC of goods, including food, beverages, merchandise, and supplies plus a Charge for procurement services equal to six tenths percent (.6%) of such invoiced amounts. Many of the manufacturers, suppliers and distributors provide rebates, allowances, and other payments to SodexoMAGIC based on SodexoMAGIC's purchasing commitments, aggregate growth incentives and other factors. Prompt payment discounts and all rebates, allowances and other payments obtained from manufacturers, suppliers and distributors, will be retained by SodexoMAGIC;

(B) Labor, including salaries (including bonuses, if any), wages, taxes, benefits, payroll administration, retirement plans, and the cost of administering all such plans and services shall be calculated based on actual staffing schedules and time records; and

(C) Other costs, Charges and expenses, including, but not limited to, decor, signage, and other items purchased on behalf of the Food Service, Charges for workers' compensation, general liability insurance and other insurance maintained pursuant to this Agreement based on average manual rates for such insurance in the geographic area of the Premises, sales, use, and other taxes related to the Food Service (other than taxes collected and remitted by SodexoMAGIC to a taxing authority), and costs of licenses, permits, certifications, marketing and promotional or proprietary materials, uniforms and linen, flowers, decorations, Smallwares, janitorial supplies, and other services used in the Food Service operation.

2.12 Premises. Client's Food Service operations facilities (including any Client-owned or client-leased locations where SodexoMAGIC provides catering services) located on the University City Campus, having a principal address of 3141 Chestnut Street, Philadelphia, Pennsylvania 19104 ("University City Campus") and on the Queen Lane Campus, 2900 Queen Lane, Philadelphia, Pennsylvania 19129 ("Queen Lane Campus").

2.13 Resident Dining Program. The preparation, service and sale of food, beverages, goods, merchandise and other items to Client's resident dining patrons at the Premises, as more fully described in Article VI.

2.14 Small Kitchen Equipment. Blenders, microwaves, refrigerators, mixers, and similar equipment which cost more than Five Hundred Dollars ($500.00) but less than Five Thousand Dollars ($5,000.00) per item.

2.15 Smallwares. Smallwares includes those items defined in IRS Rev. Proc. 2002-12, Section 4.02, which cost Five Hundred Dollars ($500.00) or less per item and are used throughout the Food Service operation, including but not limited to the dining centers, retail and catering. For purposes of this revenue procedure, Smallwares consist of the following ten categories of items: (1) Glassware and paper or plastic cups; (2) Flatware (silverware) and plastic utensils; (3) Dinnerware (dishes) and paper or plastic plates; (4) Pots and Pans; (5) Table Top Items; (6) Bar Supplies; (7) Food Preparation Utensils and Tools; (8) Storage Supplies; (9) Service Items; and (10) Small Appliances.

2.16 Surplus. The excess of Gross Sales excluding sales taxes over the total of Operating Expenses and any applicable Management Fee.

## ARTICLE III
## TERM; PERFORMANCE OF SERVICES

3.1 Term and Termination.

A. The term of the Agreement is ten (10) years, ten (10) months, and five (5) days ("Initial Term"), commencing on August 25, 2014 and continuing until June 30, 2025.

Notwithstanding the foregoing, in the event this Agreement expires, and Sodexo continues to provide Food Service, this Agreement shall be deemed to continue on a month-to-month basis in accordance with the existing terms and conditions as of the expiration date (including any adjustment to fees in accordance with Section 9.2) until terminated by either party on thirty (30) days' prior written notice.

B. If either party breaches a material provision hereof ("Cause"), the non-breaching party shall give the other party notice of such Cause. If the Cause is remedied within ten (10) days in the case of failure to make payment when due or thirty (30) days in the case of any other Cause, the notice shall be null and void. If such Cause is not remedied within the specific period, the party giving notice shall have the right to terminate this Agreement upon expiration of such remedy period, or, if good faith efforts have been made as determined by the party giving notice, to extend the cure period. The rights of termination referred to in this Agreement are not intended to be exclusive and are in addition to any other rights or remedies available to either party at

law or in equity.

C. Either party may terminate this Agreement at any time upon sixty (60) days' prior written notice to the other party.

D. Client may terminate this Agreement immediately, and without prior notice, if SodexoMAGIC becomes the subject of any bankruptcy or insolvency proceeding or if SodexoMAGIC is in violation of this Agreement in a manner that jeopardizes safety and fails to remedy such violation within five (5) days after receipt of notification from Client.

3.2 Effect Of Termination.

A. Except as set forth in subparagraph B below, all outstanding amounts owed SodexoMAGIC shall become due and payable immediately upon notification of termination by Client. Upon receipt of a notice of termination under this Agreement, Client shall thereafter pay SodexoMAGIC in full each week for Catering services performed during the prior week. Such payments shall be made no later than Friday of the week succeeding the week in which the invoice was received. In the event Client fails to timely make any payment hereunder, SodexoMAGIC immediately may cease to provide Food Service.

B. If the Agreement is terminated, Client shall reimburse SodexoMAGIC for the unamortized portion of SodexoMAGIC's Investments relating to the Food Service in accordance with Section 8.6.

3.3 Performance of Services. SodexoMAGIC warrants that it shall perform Food Service in a professional manner in order to achieve the measurable outcomes as set forth in Section 8.17 of this Agreement and consistent with the standards necessary for passing scores in NSF inspections and other applicable health, safety, and sanitation inspections and in accordance with applicable industry standards. If the Food Service operation does not meet or exceed industry standards, SodexoMAGIC shall correct the failure, without additional cost to Client. SodexoMAGIC shall perform the Food Services in such a way so as not to unreasonably interfere with the business operations of Client.

## ARTICLE IV
## EMPLOYEES

4.1 SodexoMAGIC Employees. The Food Services shall be performed by qualified and experienced personnel with sufficient skills to perform the required tasks. SodexoMAGIC shall provide all management, supervision, labor and corporate support necessary to perform the Food Services. All employees shall be SodexoMAGIC employees, and not employees of Client, except for Client's employees described in

Section 4.2. SodexoMAGIC shall consider Client's employee policies and practices when establishing policies and practices for SodexoMAGIC employees. SodexoMAGIC employees shall be subject to the job-related provisions of applicable Client policies, rules and regulations ("Client Policies") while on the Premises, to the extent such Client policies are not in conflict with any employment contracts or collective bargaining agreements. Client Polices can be found at http://drexel.edu/policies/. In the event a change in the Client Policies has a material economic impact on SodexoMAGIC, the parties shall mutually agree upon a solution.

Client shall have the right to interview and provide input on the potential candidates for the District Manager in Residence (DMR), Catering Director, and Campus Executive Chef positions. Client shall have the right, upon written notice to SodexoMAGIC, to require the replacement of any SodexoMAGIC employee employed at the Premises whose continued presence, in the opinion of Client, is not in the best interest of Client or its employees, faculty or students. Notwithstanding the foregoing, SodexoMAGIC shall not be required to remove or replace any employee at the request of Client if compliance with any such request by Client would be in violation or contravene applicable local, State or Federal laws, SodexoMAGIC's personnel policies, employment contracts, or collective bargaining agreements; in such cases, Sodexo shall provide to Client the reason why such request cannot be honored pursuant to this Section (with a copy of the applicable SodexoMAGIC personnel policies if SodexoMAGIC believes that the request for removal is in violation or contravenes such policies) and the parties will discuss possible alternatives to determine a mutually-agreed upon remedy.

4.2 Client Student Employees. Subject to SodexoMAGIC's approval, Client may assign certain students to the Food Service operation in furtherance of Client's practice to provide on-campus employment opportunities for students. Notwithstanding such assignment, student employees shall remain employees of Client.

4.3 Personnel Obligations. Each party hereto shall be solely responsible for all personnel actions and for conducting investigations of allegations of any wrongdoing regarding employees on its respective payroll. Each party shall withhold all applicable federal, state and local employment taxes and payroll insurance with respect to its employees, insurance premiums, contributions to benefit and deferred compensation plans, licensing fees and workers' compensation costs and shall file all required documents and forms. SodexoMAGIC shall be responsible for its own labor relations with any union represented among its employees.

4.4 Agreement Not To Hire. Client shall not, without SodexoMAGIC's written consent, hire, make any agreement with, or permit the employment, in any operation providing food service, any person who has been a SodexoMAGIC management employee at the Food Service within the earlier of one (1) year after said employee terminates employment with SodexoMAGIC or within one (1) year after termination of this Agreement. Client agrees that SodexoMAGIC employees have acquired special

knowledge, information, skills and contacts as a result of being employed with and trained by SodexoMAGIC. If Client hires, makes any agreement with or permits employment of any such employee, in any operation providing Food Service within the restricted period, it is agreed by Client that SodexoMAGIC shall suffer damages and Client shall pay SodexoMAGIC as liquidated damages an amount equal to two (2) times the annual salary of each employee hired by Client. This sum has been determined to be reasonable by both parties after due consideration of all relevant circumstances. This provision shall survive termination of this Agreement.

4.5 Equal Opportunity and Affirmative Action Employer. Neither party shall discriminate because of race, color, religion, sex, age, national origin, disability, sexual orientation, genetic information, or veteran status, or any other basis protected by applicable law, in the recruitment, selection, training, utilization, promotion, termination, or other employment related activities concerning Food Service employees. Each party affirms that it is an equal opportunity employer. The staffing, promotion, placement or assignment of managers who work on this account must be done without any preference or limitation based on race, color, religion, sex, age, national origin, disability, sexual orientation, genetic information, veteran status, or any other basis protected by applicable law. This obligation applies to the recruitment, selection, training, utilization, promotion, termination or other employment-related activities concerning SodexoMAGIC's employees. Under no circumstances will SodexoMAGIC permit a request or suggestion by a client to place a particular manager in an account to override its non-discrimination policy.

In addition, SodexoMAGIC affirms that it is an equal opportunity and affirmative action employer, is legally responsible for all of its employment decisions affecting its own employees, which include thousands of extremely talented and diverse managers, and shall comply with all applicable federal, state and local laws and regulations, including, but not limited to, Executive Order 11246; Rehabilitation Act of 1973; Vietnam Era Veterans Readjustment Assistance Act of 1974; Civil Rights Act of 1964; Equal Pay Act of 1963; Age Discrimination in Employment Act of 1967; Immigration Reform and Control Act of 1986; Public Law 95-507; the Americans With Disabilities Act; and any additions or amendments thereto.

4.6 Background Checks. Prior to being assigned to perform Food Service at the Premises, SodexoMAGIC employees shall be subject to a background check. By September 1, 2015, SodexoMAGIC shall perform a baseline background check on all current employees regardless of hire date. Commencing on September 1, 2015, SodexoMAGIC shall perform background checks on all its Food Service employees every two (2) years. Such background checks shall include, but not be limited to, those required by the Pennsylvania Department of Education (through Pa. Act 34 of 1985; Act 114 of 2006; Act 151; Act 24 of 2011, including PATCH, DPW Child Abuse Clearance and Federal Criminal History Report). SodexoMAGIC shall not assign to the Premises any person who is registered on a state sex offender registry and/or whose background check shows the employee has been convicted of crimes involving theft, grand larceny,

sexual assault, child abuse, child exploitation or violent crimes, or, without the prior written approval of Client, any other felony (of any class).

4.7 Health Exams. SodexoMAGIC shall cause all of its employees assigned to duty on Client's premises to submit to health examinations as required by law, and shall submit satisfactory evidence of compliance with all health regulations to the Client. Additionally, SodexoMAGIC shall also cause any of its employees to submit to a health examination in the event there is a reported case of meningitis, meningococcal septicemia or other similar contagious disease and there is a reasonable basis to believe that SodexoMAGIC employees are potential carriers of said disease.

4.8 Management Commitment. SodexoMAGIC shall make the following commitments regarding the current District Manager in Residence (DMR) responsible for the delivery of Food Services:

A. SodexoMAGIC shall not initiate a transfer of the current District Manager in Residence prior to August 31, 2017 with the intention to keep that position stable for as long as it is mutually agreed by the parties that the leadership is meeting the key performance indicators associated with this Agreement. Notwithstanding the foregoing, Client acknowledges that SodexoMAGIC (i) cannot prevent an employee from posting for a position which will otherwise take him/her away from the Food Service operations and (i) may terminate an employee for cause and, in such cases, SodexoMAGIC shall not be deemed in violation of this provision.

B. In the event that the current District Manager in Residence assumes another role within SodexoMAGIC, SodexoMAGIC shall make reasonable efforts to make him available for consultation with the new Food Service District Manager in Residence for a one-year transition period.

C. Commencing September 1, 2017, any new candidates for the District Manager in Residence position shall be approved by Client in advance. Such approval shall not be unreasonably withheld, conditioned, or delayed.

D. For any key management position that remains vacant beyond one hundred and twenty (120) days (provided that such position is not being held for an employee who is on an approved extended leave of absence pursuant to applicable employment laws, SodexoMAGIC's personnel policies, employment contracts, or collective bargaining agreements), SodexoMAGIC will pay to Client an amount equal to the weekly salary of the employee who most-recently occupied such vacant position until the position is filled. For the purposes of this Section, "key management positions" shall refer to the District Manager in Residence, Catering Director, Campus Executive Chef, HR Manager, General Manager of Residential Dining, and General Manager of Retail Operations. In the event that Sodexo is prevented from filling a vacant position by circumstances beyond its control, Sodexo shall provide notice to Client of the reason

and the parties shall meet to discuss the matter in an effort to develop a mutually-agreeable solution.

4.9 Staffing Levels. SodexoMAGIC shall maintain staffing levels which are commensurate with annual business volume in a manner sufficient to provide reasonable and appropriate service levels in order to achieve the measurable outcomes as set forth in Section 8.17 of this Agreement. SodexoMAGIC will present proposed staffing levels as set forth in Exhibit A to Client annually for the upcoming academic year and the parties will discuss any concerns. SodexoMAGIC shall maintain staffing levels consistent with its Campus Services National Average ratio of full-time to part-time hourly employees which as of January 2015 data was 51% full-time to 49% part-time.

## ARTICLE V
## INVENTORIES, PREMISES, EQUIPMENT AND MAINTENANCE

5.1 Premises and Equipment. Client shall furnish at its expense, Premises and equipment including but not limited to kitchen equipment, reasonably sufficient office space, including a safe for the temporary holding of funds and fire extinguishing equipment.

5.2 Condition of Premises and Equipment. The Premises and equipment provided by Client for use in the Food Service operation shall be in good condition and, except as set forth below, Client shall be responsible for maintaining the Premises and equipment in compliance with applicable laws concerning building conditions, sanitation, safety and health (including, without limitation, OSHA regulations). Client shall, at Client's expense, provide maintenance personnel and outside maintenance services, parts and supplies required to accomplish the foregoing. SodexoMAGIC shall take reasonable and proper care of the Premises and equipment and return them to Client at the expiration or termination of this Agreement in at least the same condition as they were in at the commencement of the Initial Term, reasonable wear and tear excepted. SodexoMAGIC shall be responsible for cleanliness of the Premises as set forth in Section 5.3 below and for any damage to the Premises or equipment caused by the negligence or willful misconduct of SodexoMAGIC or its employees. SodexoMAGIC shall promptly notify Client of any equipment or facility issues and Client will have the right to inspect the Premises. Client further agrees that any modifications or alterations to the workplace or the Premises (whether structural or non-structural) necessary to comply with any statute or governmental regulation shall be the responsibility of Client and shall be at the Client's expense. This provision shall survive the termination of this Agreement.

5.3 Sanitation and Janitorial Service. The responsibilities of the parties with respect to the usual and customary cleaning and sanitation of the Premises shall be as follows:

A. University City Campus.

(1) SodexoMAGIC's Responsibilities. SodexoMAGIC shall be responsible for housekeeping and sanitation in food preparation, storage and serving areas. SodexoMAGIC shall clean tops of tables and chairs, keep floors free of debris, handle food/drink spillage during normal food serving times in the dining area, and transport refuse to designated refuse collection areas.

SodexoMAGIC is responsible for the ensuring that the exterior service entrance door to the Food Service kitchen shall be closed at all times when not in use by SodexoMAGIC, its approved contractors and suppliers and the proper procedures are followed for handling trash and maintaining the upkeep at areas adjacent to their locations. Failure of SodexoMAGIC to do so will result in a $1000 fine per documented violation.

(2) Client's Responsibilities. Client shall be responsible for housekeeping and sanitation in customer traffic areas including dining area and the cleaning of all windows, walls, ceilings, ceiling fixtures, drapes, fixtures, air ducts and hood vent systems (per local ordinance). Client shall provide and maintain adequate fire extinguishing equipment for the Premises, pest control and shall be responsible for removal of refuse from refuse collection areas. Client shall be responsible for any costs involved in setting up and cleaning the Premises for functions not managed by SodexoMAGIC.

B. Queen Lane Campus.

(1) SodexoMAGIC's Responsibilities. SodexoMAGIC shall be responsible for housekeeping and sanitation in food preparation, storage and serving areas. SodexoMAGIC shall clean the tops of tables and daily cleaning of the chairs in the dining area, and transport refuse to designated refuse collection areas.

(2) Client's Responsibilities. Client shall be responsible

for housekeeping and sanitation in customer traffic areas, including dining area floors and deep periodic cleaning of the chairs, and the cleaning of all windows, walls, ceilings, ceiling fixtures, drapes, fixtures, air ducts and hood vent systems (per local ordinance). Client shall provide and maintain adequate fire extinguishing equipment for the Premises, pest control and shall be responsible for removal of refuse from refuse collection areas. Client shall be responsible for any costs involved in setting up and cleaning the Premises for all catered functions.

5.4 Inventories of Food, Beverages and Supplies. SodexoMAGIC shall provide and own food, beverage and supply inventories for use in the Food Service operation. Upon termination of the Agreement, Client shall purchase or shall cause the successor contractor to purchase SodexoMAGIC's inventories at SodexoMAGIC's invoice cost, as long as said inventories are reasonable to Client's use.

5.5 Inventory of China and Smallwares. SodexoMAGIC shall inventory all china, if any, and Smallwares owned by Client twice each year of the Agreement substantially in the form of Exhibit B and shall agree as to the required par inventory levels. Client shall be informed of the time of this inventory thirty (30) days before it occurs and Client reserves the right to audit and/or participate in the inventory. SodexoMAGIC shall purchase, as an Operating Expense, all Smallwares throughout the term of this Agreement. If at any time SodexoMAGIC is to provide additional services not provided for herein, the china and Smallwares inventories shall be funded through unallocated capital funds identified in this Agreement as mutually agreeable. Client will retain ownership of all Smallwares.

5.6 Inventory of Small Kitchen Equipment. SodexoMAGIC shall inventory all Small Kitchen Equipment owned by Client twice each year of the Agreement substantially in the form of Exhibit C and shall agree as to the required par inventory levels. Client shall be informed of the time of this inventory thirty (30) days before it occurs and Client reserves the right to audit and/or participate in the inventory. Client shall purchase, at its expense, all new and replacement Small Kitchen Equipment. Client will retain ownership of all Small Kitchen Equipment.

5.7 Vehicle. SodexoMAGIC shall provide vehicles for use in the Food Service operation, including any food truck obtained for use with its partnership with The Enterprise Center as further detailed in this Agreement. SodexoMAGIC shall be responsible for the vehicles' gas, oil, maintenance, repair, and automobile liability insurance, and for any claims arising out of or relating to SodexoMAGIC's use of said vehicles. Sodexo shall maintain a policy prohibiting employees from using personal vehicles in the performance of their duties.

5.8 Telephone Expenses. Client shall be responsible for new telephone installation costs, telephone billings and broadband internet access. SodexoMAGIC shall be responsible for replacing phones as necessary or any changes to the current locations of the phones.

5.9 Meal Program Identification System. Client shall be responsible for all costs related to the electronic meal program identification system, including hardware, software, and on-going supplies.

5.10 Equipment Failure. If electrical or equipment failure causes loss of refrigerated or frozen products, SodexoMAGIC shall be responsible for such loss. If Client's dishmachine equipment becomes inoperative for reason other than SodexoMAGIC's negligence or breach of this Agreement, Client shall reimburse SodexoMAGIC for the cost of disposable items used in lieu of reusable items until the dishmachine equipment becomes operative.

5.11 Utilities. Client shall be responsible for the cost of utilities consumed in the Food Service operation on the University City Campus and Queen Lane Campus. SodexoMAGIC will be responsible for the cost of utilities at the Urban Eatery at Lancaster Avenue scheduled to open Fall 2015 as set forth in Section 8.1D.

5.12 Security. SodexoMAGIC is responsible for providing a reasonable level of security to protect against theft, loss or damage (i) the areas of the Premises under its exclusive care, custody and control including any Client-owned property contained within such areas of the Premises, and (ii) any property or equipment brought onto the Premises by SodexoMAGIC. Further, SodexoMAGIC is required to provide a reasonable level of security for the protection of the students, faculty, staff, employees, visitors and invited guests. All third-party vendors employed by SodexoMAGIC for the purpose of providing security services must be approved by Client's Department of Public Safety.

5.13 Marketing / Website. SodexoMAGIC shall maintain a high-quality website on behalf of the Food Service operation. A full revision of the website shall be completed and launched within thirty (30) days of execution of this Agreement, and shall subsequently be refreshed every six (6) months at a minimum. All changes to the website shall be mutually agreed upon in advance between SodexoMAGIC and Client. Client reserves the right to create and independently maintain a website that provides information on the Food Service operation at any time.

## ARTICLE VI
## RESIDENT DINING PROGRAM

6.1 Service and Locations. SodexoMAGIC shall manage and operate the Resident Dining Program at the resident dining locations identified on Exhibit D and at

such other locations as Client and SodexoMAGIC shall agree. Any changes shall be mutually agreed upon by the parties. Dining plans, plan rates, and casual door rates shall be as set forth on the attached Exhibit E which shall be amended annually in accordance with Section 6.2 below.

6.2 Meal Plan Rate Escalation. Meal plan rates shall be increased by three percent (3%) annually during the term of this Agreement.

6.3 Resale Exclusive. This Agreement between SodexoMAGIC and Client provides that Client grants SodexoMAGIC the exclusive right at the Premises to provide Client with meals related to Dining Plans and Dining Dollars for Client to resell to its students, faculty, and staff at a specified rate per meal.

6.4 Dining Plan Revisions. Dining plans shall be reviewed annually. SodexoMAGIC shall submit its proposed, updated dining plans to Client for review no later than December 1st of each year. Any changes to the dining plans for the upcoming academic year shall be mutually agreed upon between SodexoMAGIC and Client no later than February 1st of prior academic year.

6.5 Partial Service Days. Charges for partial service days at the beginning or end of an academic term or vacation period shall be based on a fraction of the applicable daily resident dining rate as follows:

| | |
|---|---|
| Breakfast: | 1/2 of rate |
| Breakfast & Lunch: | 3/4 of rate |
| Lunch & Dinner: | 3/4 of rate |
| Dinner: | 2/3 of rate |
| Brunch: | 2/3 of rate |

6.6 Unscheduled Service Charges. For service not included in the resident dining rate such as service on New Student Days, between terms, commencement and the summer session, SodexoMAGIC shall provide Food Service at mutually agreed upon times and charges.

6.7 Preseason Meals. SodexoMAGIC shall provide Preseason Meals for athletic teams at times and charges mutually agreed upon by the parties.

6.8 Seconds Policy. Unlimited servings of all food and beverage items, with the exception of steak/gourmet night entrees and special event menus, shall be available to resident dining patrons under the following conditions:

A. SodexoMAGIC may limit resident dining patrons to one (1) portion of each food item and two (2) beverages the first time through the serving line. Resident dining patrons who do not exit the dining area may return to the serving line at the Handschumacher Dining Center or other designated areas for seconds.

B. All food obtained at the Handschumacher Dining Center by resident dining patrons from the serving line must be consumed within the dining area, except for those purchasing through the To-Go program.

6.9 Menus. SodexoMAGIC shall prepare menus and establish quantities and portions to be served.

6.10 Special Diets. SodexoMAGIC, at its sole cost and expense, shall provide any medically-required special diets and any other dietary accommodations required under the Americans with Disability Act for resident dining patrons when prescribed and approved in writing by a medical doctor and Client.

6.11 Summer Conferences. For Summer conferences, meal pricing and meal service times will be determined by mutual agreement of the parties based on each individual group's need.

## ARTICLE VII
## RETAIL SALES PROGRAM

7.1 Locations. SodexoMAGIC shall provide retail products at the Retail Sales locations specified on Exhibit D and at such other locations as Client and SodexoMAGIC shall agree.

7.2 Branded Concepts. SodexoMAGIC shall operate the Branded Concepts at locations designated in Exhibit F under the conditions set forth below.

A. SodexoMAGIC shall control all aspects of the Branded Concepts operations, including menus, recipes, pricing, staffing and hours of operation; provided, however, that SodexoMAGIC shall consult with Client prior to implementing any changes.

B. Representatives of the licensor of the Branded Concepts shall be allowed access to the Premises during reasonable business hours for quality assurance inspections of the Branded Concepts.

C. SodexoMAGIC shall notify Client twenty (20) days in advance of any termination of a license or franchise agreement related to a Branded Concept. SodexoMAGIC and Client shall mutually determine what operation, if any, will replace such Branded Concept. In any event, the Branded Concepts operation shall terminate upon termination or expiration of the Agreement.

D. Upon termination or expiration of the Agreement, SodexoMAGIC shall remove related equipment in accordance with the terms of the applicable license agreements.

E. SodexoMAGIC shall operate or cause to be operated the Branded Concepts set forth in Exhibit F. The parties shall also list on Exhibit F the site agreement commencement date, site agreement expiration date, and any known trigger dates for regular programmed brand price increases, to the extent known by SodexoMAGIC, subject to any applicable confidentiality provisions.

F. Client understands that Starbucks Corporation will assess an early termination fee in the event that Client requests SodexoMAGIC to discontinue operating the Starbucks store. As of the date of this Agreement, the parties acknowledge that the termination fee for the current Starbucks store and any additional Starbucks stores opened in the future (provided that such Starbucks store has operated for at least one (1) year) shall be calculated by adding (i) the average sum of royalty and advertising fees paid over the last twelve (12) months, multiplied by thirty-six (36) (or multiplied by the number of months actually left in the term of the Starbucks store agreement, if fewer than thirty-six (36) months remain) and (ii) the average sum of products purchased from Starbucks for the last twelve (12) months multiplied by twelve (12) (or multiplied by the number of months actually left in the term of the Starbucks store agreement, if fewer than twelve (12) remain). If any store has been open less than one (1) year, the termination fee shall be determined by adding the (i) royalties and advertising fees for the last full calendar month of the store's operation multiplied by thirty-six (36) and (ii) product purchases for the last full calendar month of the store's operation multiplied by twelve (12). In the event that there a change in the foregoing calculation which is applicable to any Starbucks location(s) at the Premises, this Agreement shall be modified to reflect such change. If the Client elects to discontinue the operation of one or more Starbucks stores, the entire amount of termination fee shall be payable by Client within thirty (30) days after the effective date of termination.

7.3 <u>Jointly Branded Concepts</u>. From time to time, SodexoMAGIC and Client may jointly develop Jointly Branded Concepts intended to be used in connection with the services provided by SodexoMAGIC in the vicinity of one or more of Client's campuses. In the event that such Jointly Branded Concept is used in connection with such services, the parties shall use the Jointly Branded Concept at locations to be designated in an addendum to this Agreement under the conditions set forth below.

A. SodexoMAGIC and Client shall jointly agree on all aspects of the services under which the Jointly Branded Concepts shall be used, including operations, menus, pricing, decor and hours of operation.

B. Prior to the launch of any Jointly Branded Concept, SodexoMAGIC will secure a trademark clearance opinion from qualified counsel of its selection and will provide a copy of such opinion to Client's Office of the General Counsel. No Jointly

Branded Concepts shall be implemented until such opinion has been provided and approved in writing by Client.

C. SodexoMAGIC may apply for registration of any trademark which is part of the Jointly Branded Concept and which is subject to intellectual property protection; provided that SodexoMAGIC does not operate directly or indirectly or assist in the operation of the Jointly Branded Concept in conjunction with any educational institution in the states of Pennsylvania, New York or New Jersey at any time, whether or not this Agreement remains in force.

D. To the extent that any copyright rights subsist in any work created as a part of the jointly created Jointly Branded Concept and Client and SodexoMAGIC each made a contribution to such work in which copyright right might be claimed, such work shall be deemed a joint work of authorship and each shall be a joint author of such work.

E. Client understands and agrees that SodexoMAGIC shall retain ownership of any preexisting and/or independently developed intellectual property, data, proprietary materials, tools, methodologies, subroutines and utilities of general application that are used in the SodexoMAGIC business and that are incorporated into the services contained within, or branded by, the Jointly Branded Concept, including all intellectual property rights therein.

7.4 Retail and Concession Product Prices and Menus. SodexoMAGIC shall establish prices for food and other products sold in SodexoMAGIC's retail operations. Such prices shall be (a) reasonable and competitive with prices charged in comparable establishments in the geographic area of the Premises for comparable products, similarly prepared and of like quality and portion and (b) reviewed throughout each Contract Year and adjusted by SodexoMAGIC based on market conditions (provided that mid-year price increases and the reason for such increase shall be communicated to Client in advance). No less than annually, upon thirty (30) days prior notice to Client, SodexoMAGIC shall adjust pricing to reflect the increase in the Producers Price Index for Food and Beverage Stores and the factors identified as (a) and (b) above.

7.5 Menu Changes. Any menu changes, excluding limited time offers, shall be presented to Client prior to implementation and any concerns shall be addressed as mutually agreed by the parties.

7.6 Catered Functions. SodexoMAGIC shall establish prices for catered functions, including but not limited to Client-sponsored or third-party functions. Such prices shall be (a) reasonable and competitive with prices charged in comparable establishments in the geographic area of the Premises for comparable products, similarly prepared and of like quality and portion and (b) reviewed throughout each Contract Year and adjusted by SodexoMAGIC based on market conditions (provided that mid-year price increases and the reason for such increase shall be communicated

to Client in advance). No less than annually, upon thirty (30) days prior notice to Client, SodexoMAGIC shall adjust pricing to reflect the increase in the Producers Price Index for Food and Beverage Stores and the factors identified as (a) and (b) above.

For Client-sponsored catered functions, Client shall be responsible for collection of amounts due for such functions. SodexoMAGIC shall prepare and submit invoices for individuals or groups served by SodexoMAGIC at Client-sponsored catered functions, which invoices shall provide for payment to Client. SodexoMAGIC shall invoice Client weekly for such functions.

For third-party catered functions, SodexoMAGIC shall be responsible for collection of amounts due for such functions effective July 1, 2015. SodexoMAGIC shall prepare and submit invoices to third-parties served at catered functions and shall be responsible for collection of amounts due for such events. All third-party event invoicing and collections shall be handled in accordance with SodexoMAGIC's policies. All third party external events shall be logged into the Client's reservation system by SodexoMAGIC.

7.7 Alcohol Service.

A. SodexoMAGIC shall only serve alcoholic beverages at catered functions ("Event(s)") held on campus, within any property controlled in whole or in part by Client, or catered off-campus on behalf of Client in accordance with the following requirements:

(1) SodexoMAGIC shall only use trained servers to serve alcoholic beverages at any Event. If SodexoMAGIC uses any temporary agency workers to supplement regular SodexoMAGIC employees for an Event, SodexoMAGIC shall retain control over the temporary employees as if such workers were SodexoMAGIC employees and have sole responsibility for such as provided in Sections 4.3 and 10.5 of the Agreement.

(2) All servers, SodexoMAGIC employees or temporary agency workers, prior to serving at any Event, at a minimum, shall have responsible alcohol service training provided or sponsored by SodexoMAGIC from an approved Pennsylvania Liquor Control board education program.

(3) SodexoMAGIC shall not cater any Event that provides for the self-service of any alcoholic beverages.

(4) If the Event is open to anyone under the age of 21, then SodexoMAGIC shall post a sign prominently in the serving area that shall indicate that no alcoholic beverages will be served to anyone under 21 years of age.

(5) For any Event sponsored directly by Client ("Client Host") and not by a third-party non-Client entity or group ("Third-Party Host"), SodexoMAGIC

shall only purchase alcohol for the Event from an authorized Client preferred vendor using a Client procurement card provided for this purpose.

(6) For any Event catered for a Third-Party Host, SodexoMAGIC shall accept delivery of the alcohol directly from the Third Party Host.

(7) SodexoMAGIC shall be responsible for proper secured storage, control, service, and return of the alcoholic beverages at all relevant and applicable times.

(8) Once served, SodexoMAGIC shall not permit any alcoholic beverages to be removed from the Event.

(9) SodexoMAGIC shall return all unused alcohol to Event Host no later than forty-eight (48) hours following the close of the Event. SodexoMAGIC shall not permit any host to remove any unused alcohol directly after the close of the Event. SodexoMAGIC shall discard any alcohol unclaimed after the designated pick-up period as well as any opened alcohol containers. In such cases, SodexoMAGIC shall have no liability or financial obligation to the host for discarded alcohol.

(10) Only Event attendees of proper conduct and legal age may be served alcoholic beverages.

(11) Prior to serving alcoholic beverages to any Event attendee, SodexoMAGIC shall properly screen the intended recipient of the alcoholic beverage to verify that such attendee is of the legal age and of the proper conduct to be served alcoholic beverages during the Event. Proper screening is any adequate means for identifying of-age drinkers and must include, but is not limited to, the request of valid government issued identification. SodexoMAGIC is responsible for implementing any plan used for identifying individuals of legal drinking age (e.g., wristbands).

(12) SodexoMAGIC, at its discretion, may cut off or refuse service of an Event attendee.

(13) SodexoMAGIC shall not serve alcoholic beverages to a visibly intoxicated person, and shall ensure necessary precautions are taken for the safety of that person in accordance with Subsection (14) below.

(14) SodexoMAGIC shall comply with Client's University Alcohol Policy regarding the service of alcohol, to the extent that such Policy is provided to SodexoMAGIC in writing, and shall assist Client's officials in enforcement of their rules and regulations as necessary. In accordance with this Alcohol Policy, alcoholic beverage service shall be limited to wine and beer, unless an exception to expand the service to any alcoholic beverages was granted in accordance with the Policy. In the event of a conflict between this provision and Client's Alcohol Policy, the terms of

Client's Alcohol Policy shall prevail.

(15) SodexoMAGIC shall be responsible for assuring that all federal, state, and local laws and regulations concerning the serving of alcoholic beverages are obeyed and enforced at all Events.

(16) SodexoMAGIC shall maintain Host/Liquor Liability as detailed in Section 10.3.

B. Client's Obligations:

(1) Client's Office of Event and Conference Services shall book all reservations for Events requiring the service of alcohol and will process the Application for Events with Alcohol in accordance with the University Alcohol Policy. SodexoMAGIC may not serve alcohol at an Event unless such an approved form has been received from Client's Office of Event and Conference Services.

(2) Client shall provide, in writing, any amendments to the aforementioned University Alcohol Policy within five (5) days of their adoption.

(3) Client's Public Safety Department ("Public Safety") shall determine the number of officers, if any, that will be required at the Event for security purposes.

(4) Public Safety shall intervene on SodexoMAGIC's behalf to assist in prohibiting further consumption of alcohol for any Event attendee that is deemed by SodexoMAGIC to be inebriated to the point where they should be prohibited from consuming additional alcohol.

## ARTICLE VIII
## FINANCIAL ARRANGEMENTS

8.1 Billing.

A. University City Campus.

(1) Dining Program: SodexoMAGIC shall invoice Client for estimated amounts to be paid for resident dining for the next period forty five (45) days in advance of every month. On a quarterly basis, SodexoMAGIC shall reconcile the estimated and actual charges for the previous quarter. In the event that the estimated charges exceed the actual charges for such quarter, SodexoMAGIC shall issue a payment to Client for such overage. In the event that the actual charges exceed the estimated charges for such quarter, SodexoMAGIC shall invoice Client for such shortfall. SodexoMAGIC shall submit all other billings to Client as incurred. Beginning

July 1, 2015 payments shall be due by electronic fund transfer within forty-five (45) days after the invoice date. Client shall pay interest on any amount not paid when due at the lesser of one and one-half percent (1.5%) each month or the highest contractual interest rate allowed by applicable state law. Client shall reimburse SodexoMAGIC for all costs and expenses, including but not limited to, court costs, attorney's fees and collection service fees, incurred by SodexoMAGIC in collecting from Client any amount not paid when due.

(2) Retail Sales: Sodexo shall retain all cash receipts realized from the University City Campus Retail Sales operations and pay Operating Expenses associated with the University City Campus. Any Surplus or Deficit from the University City Campus Food Service operation shall be for Sodexo's account.

B. University Club. SodexoMAGIC shall collect and account for Gross Sales and pay Operating Expenses associated with the University Club Food Service operation as of August 31, 2014. Any Surplus or Deficit from the University Club operation shall be for Sodexo's account. Any management fees collected from Drexel for the University Club operation after August 31, 2014 will be returned to Client within thirty (30) days of execution of this Agreement.

C. Queen Lane Campus. Prior to the completion of the Queen Lane Campus dining renovation, the following terms shall apply.

(1) SodexoMAGIC shall collect and account for Gross Sales and pay Operating Expenses associated with the Queen Lane Campus. Any Surplus or Deficit from the Queen Lane Campus shall be for Client's account. No later than thirty (30) days after the end of each Accounting Period, SodexoMAGIC shall submit to Client a statement of (a) Operating Expenses associated with the Queen Lane Campus Food Service operation, (b) a "QL Management Fee" (as provided below), (c) less any cash retained by SodexoMAGIC from the Queen Lane Campus Food Service operation. In the event there is a Deficit for such Accounting Period, Client shall pay the invoiced amount by electronic funds transfer within thirty (30) days after the invoice date and shall pay interest on any amount not paid when due at the lesser of the legal rate of interest under applicable state law and the rate of one and one-half percent (1.5%) each month from due date until paid. In the event there is a Surplus for such Accounting Period, SodexoMAGIC shall provide a credit to the Client on the subsequent month's invoice for the amount of the Surplus.

(2) Client shall pay SodexoMAGIC a "QL Management Fee" equal to One Thousand One Hundred Thirty Four and 41/100 Dollars ($1,134.41) each Accounting Period. The QL Management Fee provided for herein shall be increased annually by three percent (3%).

D. SodexoMAGIC will be responsible for all Operating Expenses incurred specifically for the Urban Eatery at Lancaster Avenue Food Service operation

after it is opened for business (currently expected/scheduled to open Fall 2015), including but not limited to SodexoMAGIC's proportionate share of utilities and any other shared expenses (elevators, sidewalks, grease interceptor, etc.) which shall be memorialized in writing by the parties and added to this Agreement as an exhibit.

8.2 Commissions.

A. SodexoMAGIC shall pay Client a commission in the amount of nine and one-half percent (9.5%) of Net Sales ("Commission"),

B. In addition to the Commission, SodexoMAGIC shall pay Client one quarter percent (0.25%) of Net Sales to a Strategic Partnership Fund ("SP Fund"). Client shall maintain the SP Fund.

C. SodexoMAGIC shall prepare a statement of Net Sales, Commission, and SP Funds for each quarter and shall submit such statement substantially in the form of Exhibit G with any payment due to Client for such quarterly period within thirty (30) days after the close of each quarter.

D. SodexoMAGIC shall pay the Commission and SP Funds due to Client at the appropriate settlement time; provided, however, that SodexoMAGIC shall, upon five (5) days advance notice to Client, first offset any past due amounts owed by Client to SodexoMAGIC including interest charges.

8.3 Right of Offset. At any time when Client is over thirty (30) days past due on any obligations to SodexoMAGIC, upon five (5) days advance notice to Client, SodexoMAGIC shall have the right to offset, from any Surplus from the Food Service operation, or from any other sums owed by SodexoMAGIC to the Client, all or any portion of such outstanding receivables.

8.4 Financial Reporting and Audit Control. Under this Agreement, SodexoMAGIC shall establish written policies and procedures for audit, internal controls, and cash management. SodexoMAGIC shall also maintain accounting records in connection with all Food Service operations in conformity with Financial Accounting Standard Board (FASB) which establishes and improves U.S. General Accepted Accounting Principles (GAAP). For the purpose of validating financial statements provided to Client, SodexoMAGIC shall provide certain documentation to Client upon request, within five (5) business days, including but not limited to those items listed in Exhibit H. For the statements of Net Sales and payments made pursuant to Section 8.2 above, SodexoMAGIC shall (a) take all reasonably necessary steps to ensure all Net Sales are promptly recorded, (b) maintain adequate cash controls and full accountability for all Net Sales transactions and (c) permit authorized representatives of Client access to all point-of-sale transactions and other relevant Food Service documents upon reasonable advance request. It is the responsibility of SodexoMAGIC to ensure the cash operations are safe and secure. Client, at its expense, and upon reasonable

advance notice to SodexoMAGIC, reserves the right to have its representatives (including the Internal Auditors) audit all statements of Net Sales, Commission, and SP Funds and request other information or supporting documentation pertaining specifically to this Agreement which is reasonably necessary to perform such audit.

8.5 Investments.

A. SodexoMAGIC's affiliate, Sodexo Management, Inc., previously invested in certain equipment, renovations, and/or programs for Client ("collectively referred to as Previous Investments") pursuant to the Previous Agreement. As of August 29, 2014, the unamortized balance of the Previous Investments is Two Million One Hundred Seventy Thousand Seven Hundred Forty Three and 10/100 Dollars ($2,170,743.10). SodexoMAGIC will amortize such balance on a straight-line basis, commencing September 1, 2014 through June 30, 2025. Client shall continue to own the Previous Investments. Such amortization shall be charged as an Operating Expense of the University City Campus Food Service operation.

If prior to the complete amortization of the Previous Investments any of the following events occur:

(i) the Agreement expires;
(ii) the Agreement is terminated;
(iii) the Agreement is amended and such modification has an adverse economic impact on SodexoMAGIC and SodexoMAGIC informs Client in writing prior to the amendment being signed of any such impact known by SodexoMAGIC as of the date the amendment is signed or;
(iv) SodexoMAGIC's procurement programs are no longer utilized for the purchase of goods in connection with the Food Services provided under this Agreement at Client's direction (and SodexoMAGIC informs Client in writing of such impact prior to any change);

then Client shall reimburse SodexoMAGIC, on the expiration date, or within sixty (60) days after receipt by either party of any notice of termination under this Agreement or within fifteen (15) days after the occurrence of (iii) or (iv) above, the unamortized portion of the Previous Investments and Client shall continue to retain ownership of the Previous Investments.

B. On or about August 14, 2012, SodexoMAGIC's affiliate, Sodexo Management, Inc., provided Client an amount equal to One Million Seven Hundred Fifty Thousand Dollars ($1,750,000.00) ("Investment #1") for the purpose of campus dining new construction and renovation. As of August 29, 2014, the unamortized balance of Investment #1 is One Million One Hundred Fifty Eight Thousand Nine Hundred Forty and 40/100 Dollars ($1,158,940.40). SodexoMAGIC will amortize such balance on a straight-line basis, commencing September 1, 2014 through June 30, 2025. Client shall continue to own Investment #1. Such amortization shall be charged as an Operating

Expense of the University City Campus Food Service operation.

If prior to the complete amortization of Investment #1:

(i) the Agreement expires;
(ii) the Agreement is terminated;
(iii) the Agreement is amended and such modification has an adverse economic impact on SodexoMAGIC and SodexoMAGIC informs Client in writing prior to the amendment being signed of any such impact known by SodexoMAGIC as of the date the amendment is signed or;
(iv) SodexoMAGIC's procurement programs are no longer utilized for the purchase of goods in connection with the Services provided under this Agreement at Client's direction (and SodexoMAGIC informs Client in writing of such impact prior to any change);

then Client shall reimburse SodexoMAGIC, on the expiration date, or within sixty (60) days after receipt by either party of any notice of termination under this Agreement or within fifteen (15) days after the occurrence of (iii) or (iv) above, the unamortized portion of Investment #1 and Client shall continue to retain ownership of the Investment #1.

C. On or about July 1, 2015, SodexoMAGIC shall provide funds to Client to be applied to the Urban Eatery at Lancaster Avenue construction project in the amount of Nine Million Three Hundred Thousand Dollars ($9,300,000.00) ("Investment #2"). SodexoMAGIC shall amortize Investment #2 on a straight-line basis, commencing with the date Investment #2 is paid to Client and continuing through June 30, 2025. Such amortization shall be charged as an Operating Expense of the University City Campus Food Service operation. Client shall own Investment #2.

If prior to the complete amortization of Investment #2 any of the following events occur:

(i) the Agreement expires;
(ii) the Agreement is terminated;
(iii) the Agreement is amended and such modification has an adverse economic impact on SodexoMAGIC and SodexoMAGIC informs Client in writing prior to the amendment being signed of any such impact known by SodexoMAGIC as of the date the amendment is signed or;
(iv) SodexoMAGIC's procurement programs are no longer utilized for the purchase of goods in connection with the Services provided under this Agreement at Client's direction (and SodexoMAGIC informs Client in writing of such impact prior to any change);

then Client shall reimburse SodexoMAGIC, on the expiration date, or within sixty (60) days after receipt by either party of any notice of termination under this Agreement or within ten (10) days after the occurrence of (iii) or (iv) above, the unamortized portion of the Investment #2 and Client shall continue to retain ownership of the Investment #2.

D. SodexoMAGIC shall make mutually agreeable enhancements to the Food Service operation in an amount not to exceed Ten Million Seven Hundred Thousand Dollars ($10,700,000) (Investment #3) in accordance with Exhibit I attached hereto. SodexoMAGIC shall make funds available to Client to be applied as follows:

(i) "Common Truck" Mobile Dining Vehicle in an amount not to exceed Two Hundred Twenty Five Thousand Dollars ($225,000);
(ii) Handschumacher Dining Center in an amount not to exceed Three Million Seven Hundred Dollars ($3,700,000); and
(iii) Urban Eatery in an amount not to exceed Two Million Two Hundred Fifty Thousand Dollars ($2,250,000).

The amount of Investment #3 shall include a Charge for the services of SodexoMAGIC's Design and Development Department and Equipment Procurement Department in amounts not to exceed the following: (a) twelve percent (12%) of the construction management portion of Investment #3; (b) fourteen (14%) of the design build portion of Investment #3; (c) ten (10%) percent of the equipment procurement portion of Investment #3; and (d) six percent (6%) for the services of Client's Project Management for all projects managed. For all enhancements taking place in Client's facilities, Client will have design approval at the conceptual, schematic, design development and contract document phases, which approval shall not be unreasonably withheld, conditioned, or delayed.

At Client's request the remaining funds from Investment #3 shall be provided to Client to be applied to the remaining projects set forth on Exhibit I in an amount not to exceed Four Million Five Hundred Twenty Five Thousand Dollars ($4,525,000) ("Remaining Project Funds"). SodexoMAGIC and Client shall jointly decide on the design and development firms and the equipment and procurement procedures that will be used to perform the work funded by the Remaining Project Funds. Client acknowledges and agrees that all disbursements pursuant to the Remaining Project Funds shall be made available up to June 30, 2021. Any Remaining Project Funds after June 30, 2021 shall be forfeited and no longer available to Client.

For all enhancements taking place in Client's facilities, Client will have design approval at the conceptual, schematic, design development and contract document phases, which approval shall not be unreasonably withheld, conditioned, or delayed.

Except as otherwise expressly stated above, SodexoMAGIC shall amortize Investment #3 on a straight-line basis, commencing with the date the funds are paid out by SodexoMAGIC and continuing through June 30, 2025. Such amortization shall be charged as an Operating Expense of the University City Campus Food Service

operation. Client shall own Investment #3, excluding proprietary equipment and signage utilized in the Branded Concepts operation.

If prior to the complete amortization of Investment #3 any of the following events occur:

(i) the Agreement expires;
(ii) the Agreement is terminated;
(iii) the Agreement is amended and such modification has an adverse economic impact on SodexoMAGIC and SodexoMAGIC informs Client in writing prior to the amendment being signed of any such impact known by SodexoMAGIC as of the date the amendment is signed or;
(iv) SodexoMAGIC's procurement programs are no longer utilized for the purchase of goods in connection with the Services provided under this Agreement at Client's direction (and SodexoMAGIC informs Client in writing of such impact prior to any change);

then Client shall reimburse SodexoMAGIC, on the expiration date, or within sixty (60) days after receipt by either party of any notice of termination under this Agreement or within ten (10) days after the occurrence of (iii) or (iv) above, the unamortized portion of the Investment #3 and Client shall continue to retain ownership of the Investment #3.

The capital investment is a project estimate and is for budgeting purposes only. It is based on current information and is a result of SodexoMAGIC's best effort to provide a budget projection and shall not, in any way, be construed to be a guaranteed price.

The estimate will be adjusted based on design development and input from the client based on needs and desires including any presently unknown factors. In addition, existing field conditions must be examined along with any code compliance necessities and local jurisdiction requirements. These may result in an additional scope of work above the current estimates and is noted that the estimate does not include allowance for abatement of, or testing for hazardous material.

SodexoMAGIC is authorized to modify the scope of work in order to maintain budget. After all of these items have been thoroughly evaluated and investigated, and prior to any construction, SodexoMAGIC will then issue a final budget for the project.

8.6 Annual Enhancement Fund. SodexoMAGIC shall make available funds to Client in the amount of Four Million Dollars ($4,000,000.00) over a five-year period as set forth herein. Commencing September 1, 2019 and each subsequent September 1st thereafter until September 1, 2023, SodexoMAGIC shall make available up to Eight Hundred Thousand Dollars ($800,000) per Contract Year to be used for mutually agreed upon Food Service enhancements based on the thresholds described below ("Annual Fund Installment").

During the Contract Year commencing September 1, 2018 and each Contract Year thereafter until September 1, 2022, SodexoMAGIC will endeavor to implement enhancements or programs in the Food Service operations that directly produce recurring and sustainable revenues ("Revenue Initiatives"). Such Revenue Initiatives are intended to be used to fund the Annual Fund Installment. To the extent Revenue Initiatives are produced and the Food Service operation has generated a Surplus as detailed in Section 8.1, the following shall occur:

Within twenty (20) days following the end of each Contract Year, SodexoMAGIC shall calculate the actual revenues generated by the Revenue Initiative to determine the amount of the Annual Fund Installment to be made available for the upcoming Contract Year.

SodexoMAGIC shall amortize each Annual Fund Installment on a straight-line basis during each Contract Year. Unused amounts remaining in the Annual Fund Installment on SodexoMAGIC's books at the end of each Contract Year shall roll over and be available for use as provided herein in the next Contract Year. In the event this Agreement expires or is terminated for any reason prior to the end of any Contract Year, within thirty (30) days after termination or expiration under this Agreement: (a) Client shall reimburse SodexoMAGIC for any Annual Fund amounts spent which have not fully amortized as of the termination or expiration of this Agreement; and (b) any amounts in the Annual Fund as of the date of termination or expiration shall be for SodexoMAGIC's account; and SodexoMAGIC shall have no future obligations under this Section.

8.7 Steinbright Career Development Center Payment. On June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC shall pay the amount of Five Thousand Dollars ($5,000.00) to Client to be used to support the Steinbright Career Development Center for the Dragon Partnership ("SCDC Payment"). In the event that this Agreement expires or is terminated prior to September 1st of any Contract Year, SodexoMAGIC shall have no future obligation pursuant to this Section. Notwithstanding anything contained in this Section to the contrary, as the Client's initiatives expand and change, Client reserves the right to redirect this payment without consultation with SodexoMAGIC.

8.8 Student Co-op Opportunities. Commencing on or about June 30, 2015 and each June 30th thereafter through June 30, 2025, SodexoMAGIC shall provide monetary support for student co-op opportunities in the amount of Fifty Thousand Dollars ($50,000) per Contract Year to be used for mutually-agreeable rich and experiential opportunities that are intended to enrich student experiences with a focus on opportunities outside the Client's campus such as within SodexoMAGIC's Office of Diversity and Inclusion, Offer Development, Comprehensive Service Solutions departments, and other cutting-edge research and development projects that SodexoMAGIC may initiate in the future ("Student Co-op Fund"). The Student Co-op Fund shall be accrued by SodexoMAGIC during each Contract Year. Unused amounts in the Student Co-op Fund shall roll over for use in the next Contract Year. In the event

that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration. A full report regarding the student co-op assignments will be reported during the annual business review.

Student co-op opportunities may potentially occur in the following areas:

- Sodexo Workplace Experience Summer Internships which offer an exciting opportunity for graduate students to apply their research and writing skills to the exploration of Work Related Quality of Life and the concept of the "Workplace Experience."
- Sodexo Solutions Center Co-ops which offer learning opportunities for Client's engineering students to work alongside facilities professionals with expertise in capital planning, forensic engineering, energy procurement and management.
- Partnership with the Center for Hospitality and Sport Management to provide year-round co-op opportunities for Client's students studying Culinary Arts and Hospitality Management at industry-leading client sites throughout the Delaware Valley.
- International Co-op opportunity with Sodexo – Sodexo operates in 80 countries around the globe at world-class events such as the Tour de France, Royal Ascot and Dakar Rally, as well prestigious sites like the Eiffel Tower restaurants, Bateaux Parisians and Churchill Museum.
- A Sodexo-sponsored graduate research opportunity with Ypulse, a youth marketing and Millennial research firm based in New York.

8.9 U.S. Open Squash Championships. On June 30, 2015 and each June 30th thereafter through June 30, 2019 provided that this Agreement is in effect, SodexoMAGIC shall pay to Client the amount of Fifty Thousand Dollars ($50,000.00) per Contract Year to sponsor the U.S. Open Squash Championships ("Squash Payment"); however, notwithstanding the foregoing, it is acknowledged by the parties that SodexoMAGIC made an advance payment of Twenty Five Thousand Dollars ($25,000) to Client in December 2014 toward the June 30, 2015 Squash Payment. SodexoMAGIC shall be formally recognized as a sponsor by having signage placed Daskalakis Athletic Center during each Contract Year the Squash Payment is provided. The Squash Payment shall be accrued by SodexoMAGIC during each Contract Year, commencing July 1st. In the event that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration.

From June 30, 2015 and each June 30th thereafter through June 30, 2019, SodexoMAGIC shall have the right to the following sponsorship recognition panels in Client's Daskalakis Athletic Center ("DAC"), the artwork, text, and graphics of which

shall be created, developed and provided by SodexoMAGIC or its agents, and shall be subject to final Client approval:

A. Four (4) advertising panel, each measuring 1'8" x 4'8", one on each side of the main center hung basketball scoreboard.

B. Two (2) advertising panels, each measuring 3'8" x 4'2", one on each of the two end wall electronic message centers.

8.10 Liberty Scholars Program. On June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC shall pay funds to the Client to support the Liberty Scholars Program in the amount of Twenty Five Thousand Dollars ($25,000) per Contract Year through June 30, 2019, and Seventy Five Thousand Dollars ($75,000) per Contract Year from June 30, 2020 through August 31, 2024 ("LSP Payment").The LSP Payment shall be accrued by SodexoMAGIC during each Contract Year, commencing September 1, 2014. In the event that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration. Notwithstanding anything contained in this Section to the contrary, as the Client's initiatives expand and change, Client reserves the redirect this payment without consultation with SodexoMAGIC.

8.11 Lindy Institute for Urban Innovation. On June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC shall pay to Client the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) per Contract Year to sponsor the Lindy Institute for Urban Innovation ("LIUI Payment"). The LIUI Payment shall be accrued by SodexoMAGIC during each Contract Year. In the event that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration. Notwithstanding anything contained in this Section to the contrary, as the Client's initiatives expand and change, Client reserves the redirect this payment without consultation with SodexoMAGIC.

8.12 Drexel Childcare Center. On June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC shall pay to Client the amount of Twenty Five Thousand Dollars ($25,000.00) per Contract Year to sponsor the Drexel Childcare Center ("Childcare Center Payment"). The LSP Payment shall be accrued by SodexoMAGIC during each Contract Year. In the event that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration. Notwithstanding anything contained in this Section to the contrary, as the Client's initiatives expand and change, Client reserves the redirect this payment without consultation with SodexoMAGIC.

8.13 Center for the Study of Third Space and Learning Environments. On June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC

shall pay to Client the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) per Contract Year to sponsor the Center for the Study of Third Space and Learning Environments ("CSTSLE Payment"). The CSTSLE Payment shall be accrued by SodexoMAGIC during each Contract Year. In the event that this Agreement expires or is terminated prior to the end of any Contract Year, SodexoMAGIC shall have no future financial obligations to pay Client any amounts pursuant to this Section as of the date of termination or expiration. Notwithstanding anything contained in this Section to the contrary, as the Client's initiatives expand and change, Client reserves the redirect this payment without consultation with SodexoMAGIC.

8.14 Better Tomorrow Speaker Series Fund. Commencing on or about June 30, 2015 and each June 30th thereafter that this Agreement is in effect, SodexoMAGIC shall accrue for and make funds available in the amount of Twenty Five Thousand Dollars ($25,000.00) per Contract Year to be used as mutually agreed by the parties to establish a SodexoMAGIC Better Tomorrow Speaker Series ("BTSS Fund"). The balance of the BTSS Fund shall be reduced throughout the Contract Year as expenditures are made. Any balance remaining in the BTSS Fund at the end of each Contract Year shall be rolled over to the next Contract Year. In the event that this Agreement is terminated or expires prior to the end of any Contract Year, any amounts in the BTSS Fund as of the date of termination or expiration shall be for SodexoMAGIC's account and SodexoMAGIC shall have no future obligations under this Section.

8.15 Campus Visits by Earvin "Magic" Johnson. Mr. Johnson shall appear on Client's campus (or mutually agreed upon location) as mutually agreed by the parties for up to two (2) 90-minute speaking engagements annually during the term of this Agreement provided that the appearance dates can be mutually agreed upon by the parties. At the time of the request, Client shall propose a minimum of three (3) dates for consideration and approval subject to Mr. Johnson's availability and provide a proposed agenda for Mr. Johnson's review and consideration. Any such request shall be made a minimum of twelve (12) weeks in advance.

8.16 Strategic Partnerships. SodexoMAGIC shall develop and maintain certain mutually-agreeable strategic partnerships and community relationships that support the mission of Client's Food Service operation and focus on: community engagement and development opportunities; campus dining innovation; student engagement; and student development. Accordingly, SodexoMAGIC shall use its best efforts to engage and partner with local restaurateurs such as Mark Vetri, nationally-recognized chefs or brands such as Guy Fieri, and economic/community development organizations such as The Enterprise Center.

Client and SodexoMAGIC shall meet annually to evaluate options and determine the strategic partnerships and community relationships to be implemented or modified for the upcoming academic year which shall be further detailed by the parties in the Food Service operations manual. It is the intent of the parties to include in the annual plans areas of focus such as: small business product support; expansion of Enterprise

Center programs; SodexoMAGIC R&D; YPulse and Personix projects and Client's exposure to local celebrity chef's via SodexoMAGIC partnership agreements.

8.17 Measurable Outcomes. SodexoMAGIC shall be evaluated using mutually agreed upon Key Performance Indicators (KPIs) set forth in Exhibit J which shall be used to monitor SodexoMAGIC performance and Client patron satisfaction. The KPIs shall be reviewed annually by the parties during the Annual Business Review and the parties may mutually agree on changes in the KPIs.

If during any Contract Year, SodexoMAGIC does not meet an agreed upon KPI, SodexoMAGIC agrees to pay to Client, upon Client's request, the designated portion of the One Hundred Thousand Dollars ($100,000) for such KPI within thirty (30) days after the parties, acting reasonably and in good faith, mutually determine that the KPI has not been met. In the event that this Agreement expires or is terminated for any reason prior to the agreed upon measurement date, the foregoing shall be null and void as of the date of expiration or termination and SodexoMAGIC shall have no future obligation pursuant to this Section.

## ARTICLE IX
## FINACIAL ADJUSTMENTS

9.1 Changes in Policies and Practices. The financial terms set forth in this Agreement and other obligations assumed by SodexoMAGIC hereunder are based on conditions in existence on the date SodexoMAGIC commences operations, including by way of example, Client's student population; labor, food and supply costs; and federal, state and local sales, use and excise tax. In addition, each party has relied on representations regarding existing and future conditions and projections made by the other in connection with the negotiation and execution of this Agreement. In the event of a change in the conditions or the inaccuracy or breach of, or the failure to fulfill, any such representation by a party, the financial terms and other obligations assumed by the other party shall be renegotiated on a mutually agreeable basis to reflect such change, inaccuracy or breach. SodexoMAGIC shall submit any requested changes and the cause for such changes to Client, in writing, prior to any negotiations.

9.2 Financial Assumptions. In the interest of a strong and lasting partnership, Client agrees to review the following items with SodexoMAGIC at the annual meeting in July of each year and discuss any applicable revisions to the Agreement that are mutually agreeable based on any deviations, provided that the relevant data and supporting documentation is submitted to Client thirty (30) days in advance of the meeting. Client recognizes that Sodexo MAGIC made certain assumptions in preparing the financial package offered in this Agreement and understands that changes to the financial assumptions below may have an adverse economic impact on SodexoMAGIC; in such cases, Client shall work with SodexoMAGIC in good faith to mutually agree upon solutions in an effort to counter

such impact. SodexoMAGIC acknowledges its responsibility to respond quickly and expertly to factors under their control that may affect these outcomes.

- Hours of operation in accordance with Campus Dining Calendar in accordance with Exhibit K and Exhibit L for dining venues
- Concept/brand implementation in accordance with Exhibit I. Such exhibit to be annually updated and mutually agreed upon
- SodexoMAGIC Comprehensive Service Solutions is to be used for design and construction projects funded by SodexoMAGIC's Investments pursuant to this Agreement per section 8.5.D.
- Parties agree that the University's growth is a critical factor in calculating the Investments afforded under this Agreement and it has been projected by SodexoMAGIC that this growth will realize an increase of 2% per year in the freshman class year over year. Additionally, Client expects that SodexoMAGIC will be similarly motivated in increasing voluntary meal plans among eligible students in accordance with Exhibit M.
- All first year/freshman students will be required to purchase Meal Plan A or B.
- Minimum Catering Net Sales of Three Million Four Hundred Thousand Dollars ($3,400,000) in full Contract Year 1 (July 1, 2015 through June 30, 2016) with projected growth of three percent (3%) annually thereafter.

## ARTICLE X
## GENERAL TERMS AND CONDITIONS

10.1 Taxes.

A. SodexoMAGIC and Client shall each bill and collect sales taxes, if applicable, on all meals and services for which each respectively collects revenue from customers. SodexoMAGIC shall bill and collect sales and use taxes, if applicable, on purchases billed to Client. Client shall be responsible for remittance of any taxes collected by SodexoMAGIC and given to Client.

B. If additional sales or use or any other types of taxes are assessed against the Food Service operation, Client shall reimburse SodexoMAGIC for such assessment and any interest and penalties, and for attorneys' fees or other costs incurred by SodexoMAGIC related to such assessment upon receipt of an invoice from SodexoMAGIC therefor; except that Client shall not be responsible for any assessment, interest and/or penalties attributable to SodexoMAGIC's negligent failure to timely submit any known tax filing or report. SodexoMAGIC shall be responsible for its city, state or federal income taxes including any tax burdens or benefits arising from its operations hereunder. This provision shall survive termination of the Agreement.

10.2 Compliance with Law; Violations. Notwithstanding anything contained in this Section to the contrary, SodexoMAGIC shall comply with all applicable laws, ordinances, rules and regulations relating to the Food Service which it provides to Client, including those related to sanitation, safety and health, and shall maintain all necessary licenses and permits, excluding any necessary liquor licenses and permits which shall be Client's responsibility to obtain and maintain. Client shall cooperate with SodexoMAGIC to accomplish the foregoing. SodexoMAGIC shall notify Client promptly after SodexoMAGIC obtains knowledge thereof (together with copies of supporting papers, if any) of any violation or notice of violation of laws, ordinances, rules, regulations, orders of determination of any governmental authorities having jurisdiction over Client, as well as orders and requirements of insurers, insurance rating organizations, Board of Fire Underwriters or similar bodies. The parties shall cooperate with each other in an effort to comply with such laws, ordinances, rules, regulations, orders, determinations and requirements and to cure or remove such violations.

10.3 Insurance. SodexoMAGIC shall procure and maintain during the Term, at SodexoMAGIC's sole expense, the following minimum insurance:

(i) Commercial General Liability insurance all on an occurrence basis in an amount not less than $1,000,000 per occurrence limit per location for bodily injury and property damage including host liquor liability/liquor liability, $1,000,000 personal and advertising injury; $2,000,000 General Aggregate; $2,000,000 products/completed operations aggregate; and $1,000,000 Fire Damage Legal. Coverage is to include independent contractors, employees as additional insured, and contractual liability coverage. Coverage shall also include Sexual Abuse and Molestation in an amount no less than $1,000,000 per occurrence. If SodexoMAGIC's host liquor liability/liquor liability coverage requires SodexoMAGIC to schedule covered activities in order for coverage to apply, then SodexoMAGIC's policy must be endorsed to include Drexel University on the scheduled activities.

(ii) Worker's Compensation insurance in amounts required by law for all employees, and Employer's Liability insurance with minimum limits as follows: Bodily Injury by Accident $1,000,000 Each Accident, Bodily Injury by Disease $1,000,000 Policy Limit, Bodily Injury by Disease $1,000,000 Each Employee.

(iii) Business Automobile Liability insurance for bodily injury (including death) and property damage with a minimum combined single limit of $1,000,000 per occurrence including coverage for owned, non-owned and hired vehicles. SodexoMAGIC shall not be responsible for insuring the vehicles of its employees or its vendors.(Sodexo shall put a policy in place that forbids employees from using their personal vehicles for business purposes.)

(iv) Excess (Umbrella) Liability insurance all on an occurrence basis with an occurrence/aggregate minimum limit of $10,000,000 to be following form or to provide coverage as broad as standard follow form policies over underlying Commercial General Liability including host liquor/liquor liability, Sexual Abuse and

Molestation, Business Automobile, and Employers Liability insurance policies, and excluding fire legal liability coverage.

(v) Third Party Employee Dishonesty (Client Coverage) Insurance with a limit of no less than $2,000,000 each occurrence.

(vi) Cyber Liability covering system security for SodexoMAGIC's computer system and privacy liability covering the release of personal information in the care custody and control of Supplier, arising out of the Food Services provided under this Agreement with limits not less than $1,000,000 each claim. Coverage shall include, but not be limited to, the following: Internet and network liability for SodexoMAGIC's computer system (providing protection against liability for system attacks; denial or loss of service; introduction, implantation, or spread of malicious software code; and unauthorized access and use), infringement of privacy or intellectual property rights arising out of internet advertising and content offenses, and defamation.

(vii) Property Insurance covering SodexoMAGIC's equipment and other personal property now or hereafter located on the Premises against "All Risk" of Loss within an amount at least equal to replacement value. "All Risk" shall mean at a minimum coverage for Special Causes of Loss perils.

The insurance requirements identified above shall not be construed to modify, limit or reduce the indemnifications requirements set forth herein. All such coverage shall be in a standard ISO form, a form that provides coverage as broad as the standard ISO form or on a form and with insurers having an AM Best rating of at least A-VIII or otherwise reasonably acceptable to Client and licensed to conduct business in the Commonwealth of Pennsylvania. Additional coverage may be required from time to time based on the scope of services provided by SodexoMAGIC. Client reserves the right to change its insurance requirements at any time. If additional coverage is requested, Client and SodexoMagic will negotiate insurance changes based on the change in conditions or scope that will be mutually agreed upon. SodexoMAGIC is responsible for all self-insured retentions and deductibles. If SodexoMAGIC subcontracts with any third party to perform or provide any of the Services, SodexoMAGIC shall require that each such subcontractor maintains insurance equivalent in all respects to that described in the Insurance Section. Each policy of insurance listed above must be evidenced by a certificate of insurance. Client, its subsidiaries and affiliates, trustees, officers, faculty, employees and/or agents must also be named as an additional insured on a primary and non-contributory basis on each line of insurance, except for the workers' compensation, third party employee dishonesty, cyber/network security and privacy liability and property policies. Such additional insured status may be granted via a blanket additional insured provision however it must include both Premises Operations and Product Completed operations coverage. Subject to the policy terms, coverage shall include any and all costs and expenses incurred in connection with the investigation, adjustment or defense of claims. Certificate of Insurance must also evidence waiver of subrogation on all insurance policies and include a copy of the

blanket additional insured endorsement. The required certificates of insurance shall be delivered no later than five (5) days before the Term of the Agreement commences to: Drexel University, Office of Risk Management, The Left Bank, 3180 Chestnut Street, Suite 101, Philadelphia, PA 19104. It shall be renewed and a new certificate issued within twenty (20) days of the expiration of any certificate previously furnished. SodexoMAGIC shall provide at least twenty (20) days prior written notice of cancellation or non-renewal. Neither the issuance of any insurance policy required under this Agreement, nor the minimum limits specified herein with respect to SodexoMAGIC's insurance coverage, shall be deemed to limit or restrict in any way SodexoMAGIC's liability arising under or out of this Agreement.

B. Waiver of Rights of Recovery and Waiver of Rights of Subrogation. SodexoMAGIC waives all rights of recovery against Client for loss or damage. SodexoMAGIC further waives, and shall cause their respective insurance carriers to waive, all rights of subrogation for loss or damage covered by any insurance maintained by SodexoMAGIC. If any of the policies of insurance required under this Agreement require an endorsement to provide for the waiver of subrogation set forth above, then SodexoMAGIC shall cause them to be so endorsed.

C. In addition to the insurance requirements above which apply to all Premises, with respect to the Urban Eatery at 34th & Lancaster, SodexoMAGIC must also comply with the insurance requirements required in the Sublease between the owner of such facility, ACC OP (Lancaster PA) LLC, and Client as follows:

Workers' compensation as required by statute

Employer's Liability $1,000,000

General/Excess Liability – a total of $1,000,000 (occurrence form including bodily injury and property damage), 2,000,000 aggregate. Fire Legal Liability must also be provided at a limit of $1,000,000. Coverage must include premises operations, products and completed operations coverage, independent contractors, employees as additional insureds, and liability assumed under contract. ACC OP (Lancaster PA) LLC must be specifically endorsed as an additional insured on the policy.

Auto Liability – Bodily Injury and Property Damage combined limit of $1,000,000 (excess can be used to get to this limit). ACC OP (Lancaster PA) LLC must be specifically endorsed as an additional insured on the policy.

Property – To the extent owned by the SodexoMAGIC, all risk insurance in an amount to replace SodexoMAGIC Equipment and other personal property of SodexoMAGIC for the full replacement value.

Deductibles and Self-Insured Retentions - The sole responsibility of the SodexoMAGIC.

Waiver of Subrogation is required on all insurance policies noted above including workers compensation

Insurance companies must be AM Best rated A-VII or better.

Certificates of insurance to be provided upon execution and upon thirty (30) days of request to: ACC OP (Lancaster PA) LLC, c/o American Campus Communities, 12700 Hill Country Boulevard, Suite 500, Austin, Texas 78738 Attn: General Counsel. A copy must also be provided to Drexel University: Office of Risk Management, 3180 Chestnut Street, Suite 101, Philadelphia, PA 19104.

D. Client shall maintain:

(i) Worker's Compensation insurance in amounts required by law for all its employees, and Employer's Liability insurance with minimum limits as follows: Bodily Injury by Accident $1,000,000 Each Accident, Bodily Injury by Disease $1,000,000 Policy Limit, Bodily Injury by Disease $1,000,000 Each Employee.

(ii) Property insurance to insure Client's personal property and buildings.

10.4 Liability for Non-SodexoMAGIC Approved Vendors. Client understands that SodexoMAGIC has entered into agreements with many vendors, manufacturers and suppliers of products which (i) give SodexoMAGIC the right to inspect such vendors', manufacturers and suppliers' plants and/or storage facilities and (ii) require such vendors, manufacturers and suppliers to adhere to standards to ensure the quality of the products purchased by SodexoMAGIC for or on behalf of Client. Client may direct SodexoMAGIC to use products from non-SodexoMAGIC approved vendors, manufacturers or suppliers.

In such instances for the mutual protection of Client and SodexoMAGIC and as required by SodexoMAGIC of its vendors, Client will require each such vendor to (i) comply with SodexoMAGIC's Product Quality Assurance Requirements attached hereto as Exhibit N and (ii) obtain from a reputable insurance company acceptable to Client and SodexoMAGIC liability insurance (including products liability coverage) and contractual liability insurance in the amount of not less than Five Million Dollars ($5,000,000.00) for each occurrence naming Client and SodexoMAGIC as additional insureds and which insurance shall not exclude the negligence of Client or SodexoMAGIC. A certificate evidencing such insurance shall be provided to Client and SodexoMAGIC upon the request of either party. Client shall also require each such vendor to sign an indemnity certificate (acceptable to Client and SodexoMAGIC) in which such vendor shall agree to defend, indemnify, and hold harmless Client and SodexoMAGIC from and against all claims, liabilities, losses and expenses, including reasonable costs, collection expenses, and attorneys' fees which may arise as a result

of using such vendor's product, except when such liability arises as a result of the sole negligence of SodexoMAGIC and/or Client. Client will require each such vendor to provide to the SodexoMAGIC General Manager detailed ingredient statements for each food item purchased. Client shall not require SodexoMAGIC to use products from non-SodexoMAGIC approved vendors until such vendor has demonstrated its ability to comply with SodexoMAGIC's Product Quality Assurance Requirements, and such insurance certificates, indemnity certificates, and ingredient statements have been provided.

In the event the Non-SodexoMAGIC approved vendor is unable to comply with the foregoing, SodexoMAGIC and Client shall meet to evaluate: (i) alternative vendor(s) for SodexoMAGIC and Client to utilize for the operation of the Food Service to replace the Non-SodexoMAGIC approved vendor or (ii) actions necessary to assist the Non-SodexoMAGIC approved vendor to become an approved vendor, or (iii) if the impediment is the lack of appropriate insurance, the need to purchase products from such Non-SodexoMAGIC approved vendor despite the lack of insurance coverage described above.

10.5 Indemnity. Except as otherwise expressly provided in this Agreement, SodexoMAGIC shall defend, indemnify, and hold Client, its trustees, officers, employees, agents, subcontractors, faculty and students harmless from and against all claims, liability, loss and expense, including reasonable collection expenses, attorney's fees and court costs which may arise because of the negligence, misconduct, or other fault of SodexoMAGIC, its directors, officers, subcontractors, agents or employees in the performance of its obligations under this Agreement, except to the extent any such claims or actions directly result from the negligence of Client, its trustees, officers, employees, faculty and students. This clause shall survive termination of this Agreement.

SodexoMAGIC hereby agrees to defend, indemnify and hold Client harmless from any actions, lawsuits, demands, claims, losses, expenses, costs, including but not limited to legal fees and damages, arising from the injury, illness or death of SodexoMAGIC's employees while engaged in any activities related to the Food Service Program or otherwise under this Agreement, except to the extent such injury, illness or death directly results from the negligence or willful misconduct of Client. SodexoMAGIC shall procure from its workers compensation carrier a waiver of subrogation with respect to any rights such carrier may have against Client for compensation paid in connection with injury, illness, or death of SodexoMAGIC employees.

Notwithstanding the foregoing, each party hereto waives its rights and the rights of its subsidiaries and affiliates to recover from the other party hereto for loss or damage to such party's building, equipment, improvements and other property of every kind and description resulting from fire, explosion or other cause normally covered in standard broad form property insurance policies, except to the extent such fire, explosion or other cause is caused by the willful misconduct of the other party.

10.6 Trade Secrets and Proprietary Information. During the term of this Agreement, SodexoMAGIC hereby grants to Client a nonexclusive right to access certain proprietary materials of SodexoMAGIC, including menus, signage, Food Service survey forms, software (both owned by and licensed to SodexoMAGIC), and similar items regularly used in SodexoMAGIC's business operations, excluding any materials developed jointly by SodexoMAGIC and Client ("Proprietary Materials"). In addition, Client may have access to certain non-public information of SodexoMAGIC, including, but not limited to, recipes, management guidelines and procedures, operating manuals, personnel information, purchasing and distribution practices, pricing and bidding information, financial information, surveys and studies, and similar compilations regularly used in SodexoMAGIC's business operations ("Trade Secrets"). Trade Secrets and Proprietary Materials shall not include (i) any information which at the time of disclosure or discovery or thereafter is generally available to and known by the public or the relevant industry (other than as a result of a disclosure directly or indirectly by Client), or (ii) any information which was available to Client on a non-confidential basis from a source other than SodexoMAGIC, provided that such source was not bound by an agreement prohibiting the transmission of such information, or (iii) any information independently developed or previously known without reference to any information provided by Sodexo.

Client shall not disseminate any Proprietary Materials or disclose any of SodexoMAGIC's Trade Secrets, directly or indirectly, during or after the term of the Agreement. Client shall not photocopy or otherwise duplicate any such material without the prior written consent of SodexoMAGIC. All Proprietary Materials and Trade Secrets shall remain the exclusive property of SodexoMAGIC and shall be returned to SodexoMAGIC immediately upon termination of this Agreement. Without limiting the foregoing, Client specifically agrees that all software (excluding Client's point of sale system) associated with the operation of the Food Service, including without limitation, menu systems, food production systems, accounting systems, and other software, are owned by or licensed to SodexoMAGIC and not Client. Furthermore, Client's access or use of such software shall not create any right, title interest, or copyright in such software, and Client shall not retain such software beyond the termination of this Agreement. Any signage, servicemark or trademark proprietary to SodexoMAGIC shall remain the exclusive property of SodexoMAGIC and shall be removed by SodexoMAGIC immediately upon termination of this Agreement. In the event of any breach of this provision, SodexoMAGIC shall be entitled to equitable relief, including an injunction or specific performance, in addition to all other remedies otherwise available. This provision shall survive termination of this Agreement.

10.7 Assignment. This Agreement may not be assigned by either party without the written consent of the other, except either party may, without prior approval and without being released from any of its responsibilities hereunder, assign this Agreement to any affiliate or wholly-owned subsidiary of SodexoMAGIC.

10.8 Notice. Any notice or communication required or permitted to be given hereunder shall be in writing and served personally, delivered by courier or sent by United States certified mail, postage prepaid with return receipt requested, addressed to the other party as follows:

To Client:
Drexel University
Attention: James R. Tucker
Senior Vice President for
Administrative and Business Services
3141 Chestnut Street, Suite 203
Philadelphia, Pennsylvania 19104

And:
Drexel University
Office of General Counsel
The Left Bank
3180 Chestnut Street, Suite 101
Philadelphia, Pennsylvania 19104

To SodexoMAGIC:
SodexoMAGIC, LLC
Attention: Michael P. Norris
Vice President
9801 Washingtonian Blvd.
Gaithersburg, Maryland 20878

and:
SodexoMAGIC, LLC
Attention: Leonard J. Riccio
Senior Vice President
309 Waverly Oaks Road, Suite 206
Waltham, Massachusetts 02452

and:
SodexoMAGIC, LLC
Attention: Law Department
9801 Washingtonian Blvd.
Gaithersburg, Maryland 20878

and/or to such other persons or places as either of the parties may hereafter designate in writing. All such notices shall be effective when received.

10.9 Catastrophe. Neither SodexoMAGIC nor Client shall be liable for the failure to perform its respective obligations hereunder when such failure is caused by fire, explosion, water, act of God, civil disorder or disturbances, strikes, vandalism, war, riot, sabotage, weather and energy-related closings, governmental rules or regulations, or like causes beyond the reasonable control of such party, or for real or personal property destroyed or damaged due to such causes.

10.10 <u>Construction and Effect</u>. A waiver of any failure to perform under this Agreement shall neither be construed as nor constitute a waiver of any subsequent failure. The article and section headings used herein are used solely for convenience and shall not be deemed to limit the subject of the articles and sections or be considered in their interpretation. Any exhibits referred to herein are made a part of this Agreement by reference, provided that in the event of a conflict between the terms of such exhibit or any other document incorporated herein, and the terms of this Agreement, the terms of the Agreement shall govern. This Agreement may be executed in several counterparts, each of which shall be deemed an original. The invalidity or unenforceability of any particular provision of this Agreement shall not affect the other provisions of this Agreement, and this Agreement shall be construed in all respects as if such invalid or unenforceable provision was omitted.

10.11 <u>Amendments to Agreement</u>. All provisions of this Agreement hereto shall remain in effect throughout the term thereof unless the parties agree, in a written document signed by both parties, to amend, add or delete any provision. This Agreement contains all agreements of the parties with respect to matters covered herein, superseding any prior agreements, and may not be changed other than by an agreement in writing signed by the parties hereto. This Agreement shall inure to and bind all parties, their successors and assigns.

10.12 <u>Collection Costs and Costs to Enforce Indemnity Obligations.</u> The parties shall pay each other the reasonable collection expenses, attorneys' fees and court costs incurred in collecting from each other any amount not paid when due, and/or in connection with the enforcement of an indemnity obligation of a party under this Agreement.

10.13 <u>Credit/Debit Card Transactions</u>. SodexoMAGIC shall process credit/debit card transactions using Client's technology systems. Client represents that its network and data security practices are in compliance with PCI DSS (Payment Card industry Data Security Standard (http://www.pcisecuritystandards.org)) and shall continue to maintain such compliance. Client will assist SodexoMAGIC with completing necessary documentation. SodexoMAGIC is responsible for any losses or liabilities that occur on SodexoMAGIC's POS at Client's Premises, whereas Client is responsible for any losses and liabilities that occur through its facilities, servers, and computer networks and each party will hold the other harmless from any claims, liabilities, or expenses arising out of any such losses or liabilities. Client further agrees to provide a copy of its own vulnerability scan to SodexoMAGIC upon request for the purpose of fulfilling compliance with the PCI DSS.

10.14 <u>Use of Client's Name</u>. SodexoMAGIC shall not use the name of Client, or any of its affiliates or subsidiaries, in any form of advertising or publicity (whether print, broadcast, electronic or otherwise) without the prior written consent of Client; provided, however, that this provision shall not prohibit either party from disclosing the existence of the relationship.

10.15 Governing Law. This Agreement shall be construed and enforced in accordance with the laws of the Commonwealth of Pennsylvania and the parties hereby submit to the exclusive jurisdiction of the courts located in the Eastern District of Pennsylvania for litigation of any disputes arising under this Agreement.

IN WITNESS WHEREOF, the parties hereto have entered into this Agreement as of the date indicated in the first paragraph of this Agreement.

DREXEL UNIVERSITY

By: [signature]
John A. Fry
President

SODEXOMAGIC, LLC

By: [signature]
Michael P. Norris
Vice President

ACKNOWLEDGED AND AGREED TO:

By: [signature]
Leonard J. Riccio
Senior Vice President

ATTACHMENTS
Exhibit A- 2014-2015 Staffing Matrix
Exhibit B – Smallwares Inventory
Exhibit C – Small Kitchen Equipment Inventory
Exhibit D – Food Service Locations
Exhibit E – Dining Plan, Plan Rates, and Casual Meal Rates
Exhibit F – Branded Concepts
Exhibit G – Commissions and SP Fund Statements
Exhibit H – Reporting Requirements
Exhibit I – Investment Schedule
Exhibit J – Key Performance Indicators
Exhibit K – Hours of Operation
Exhibit L – Client Campus Dining Calendar
Exhibit M – Voluntary Meal Plan Sales Growth Plan
Exhibit N -- Product Quality Assurance Supplier Requirements

## EXHIBIT A
## 2014-2015 STAFFING MATRIX

The following chart of minimum staffing for SodexoMAGIC employees and Drexel student employees are for the following Drexel Campus Dining location. SodexoMAGIC shall make adjustments to staffing using velocity reports and SPPLH as a driver as business needs dictate.

The Handschumacher Dining Center , Northside Dining Terrace, ThirtyOne41, Market 16, Seasons, Vegetate, The University Club, Chestnut Street Catering, Queen Lane:

| Labor Category | Fall Term | % Breakout vs Total Staff |
|---|---|---|
| Salaried Nonexempt Full Time | 20 | 6.2% |
| Hourly non Union Full Time | 54 | 14.4% |
| Teamsters 115 Union Full Time CBA Levels91 | 93 | 27.5% |
| Teamsters 115 Union Part Time CBA Levels 94 | 98 | 28.9% |
| Drexel Student Hourly Part Time | 72 | 22.7% |
| Total | 337 | |
| | | |
| Total Full Time Employees: | 167 | 49.5% |
| Total Part time Employees: | 170 | 50.5% |

Exhibit B –Smallwares Inventory

**Handschumacher**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Par (Each) | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| Cereal Bowls | C9332 | 36 | 555 | 555 | 480 | 75 | $1.50 | $54.15 | $834.81 |
| Salad Bowls | 1007847 | 24 | 362 | 362 | 396 | -34 | $4.59 | $110.25 | $1,662.94 |
| Large Pasta Bowls | 1007847 | 24 | 152 | 152 | 120 | 32 | $4.59 | $110.25 | $698.25 |
| Asian Soup Bowls | C6172 | 36 | 67 | 67 | 120 | -53 | $2.99 | $107.74 | $200.52 |
| Small Soup Cup | C2711 | 36 | 200 | 200 | 180 | 20 | $1.31 | $47.17 | $262.06 |
| B&B plates | C8870 | 36 | 487 | 487 | 300 | 187 | $1.07 | $38.42 | $519.74 |
| Square Plates | 1012072 | 6 | 217 | 217 | 1500 | -1283 | $7.99 | $47.92 | $1,733.11 |
| Triangle Plates | C9162 | 24 | 240 | 240 | 0 | 240 | $5.96 | $143.03 | $1,430.30 |
| 9" Round Plates | C7640 | 24 | 357 | 357 | 0 | 357 | $2.46 | $58.97 | $877.18 |
| Oval Platters | 1003379 | 12 | 95 | 95 | 0 | 95 | $5.29 | $63.48 | $502.55 |
| Asian Style Plates | 1007564 | 24 | 154 | 154 | 0 | 154 | $3.48 | $83.46 | $535.54 |
| Monkey Dishes | 1039475 | 36 | 270 | 270 | 600 | -330 | $1.06 | $38.00 | $285.00 |
| Blue - Drexel Dining Room Trays | 1131108 | 12 | 1154 | 1154 | 900 | 254 | $3.23 | $38.75 | $3,726.46 |
| Forks | S2207 | 12 | 980 | 980 | 1200 | -220 | $0.63 | $7.60 | $620.67 |
| Knives | S2216 | 12 | 742 | 742 | 1200 | -458 | $1.14 | $13.70 | $847.12 |
| Teaspoons | S2201 | 12 | 397 | 397 | 600 | -203 | $0.48 | $5.76 | $190.56 |
| Soup Spoons | S2203 | 12 | 206 | 206 | 300 | -94 | $0.57 | $6.87 | $117.94 |
| Plastic Tumblers | 1G1120 | 72 | 244 | 244 | 1200 | -956 | $1.35 | $97.01 | $328.76 |
| Carrot Slicer | 1K7054 | 1 | 2 | 2 | 12 | -10 | $135.20 | $135.20 | $270.40 |
| Dunage Racks | F9238 | 1 | 66 | 66 | 15 | 51 | $123.24 | $123.24 | $8,133.84 |
| Large Utility Carts | E2955 | 1 | 9 | 9 | 8 | 1 | $132.67 | $132.67 | $1,194.03 |
| WHITE BINS | E2522 | 1 | 7 | 7 | 20 | -13 | $215.46 | $215.46 | $1,508.22 |
| Small Utility Carts | E2953 | 1 | 12 | 12 | 6 | 6 | $157.50 | $157.50 | $1,890.00 |
| Lettuce Washer | 1K5800 | 1 | 1 | 1 | 1 | 0 | $141.61 | $141.61 | $141.61 |
| Pancake Makers (portion Dropper) | 1011345 | 1 | 1 | 1 | 2 | -1 | $88.74 | $88.74 | $88.74 |
| Tomato Slicer | K1529 | 1 | 7 | 7 | 2 | 5 | $196.95 | $196.95 | $1,378.65 |
| Square Lids | K4647 | 1 | 17 | 17 | 40 | -23 | $3.01 | $3.01 | $51.17 |
| Clear Container (Big Ice Bucket for Catering) | K9479 | 1 | 5 | 5 | 6 | -1 | $50.73 | $50.73 | $253.65 |
| Silver bucket (fruit display for servery) | 1031365 | 1 | 1 | 1 | 6 | -5 | $69.69 | $69.69 | $69.69 |
| Dollies (red) | 4J4515 | 1 | 4 | 4 | 5 | -1 | $82.34 | $82.34 | $329.36 |
| Funnel | K7332 | 1 | 5 | 5 | 4 | 1 | $2.55 | $2.55 | $12.75 |
| Round Pan 2" deep (for chafers) | 1S1989 | 1 | 5 | 5 | 6 | -1 | $52.20 | $52.20 | $261.00 |
| Plate & Bowl Holder | 2E7453 | 1 | 16 | 16 | 6 | 10 | $17.63 | $17.63 | $282.08 |
| Silver ware trays | 2E7249 | 1 | 8 | 8 | 6 | 2 | $16.85 | $16.85 | $134.80 |
| Soup Kettel | H648 | 1 | 10 | 10 | 1 | 9 | $133.96 | $133.96 | $1,339.60 |
| Pizza Screens | K2585 | 1 | 69 | 69 | 24 | 45 | $4.59 | $4.59 | $316.71 |
| Pizza Pans | K2588 | 1 | 11 | 11 | 36 | -25 | $5.64 | $5.64 | $62.04 |
| Pizza Shovel (Metal) | K4506 | 1 | 7 | 7 | 1 | 6 | $11.59 | $11.59 | $81.13 |
| Pizza Shovel (wooden) | K1945 | 1 | 1 | 1 | 1 | 0 | $18.17 | $18.17 | $18.17 |
| Cutting Board | K4780 | 1 | 44 | 44 | 48 | -4 | $14.34 | $14.34 | $630.96 |
| Fry Basket | X4270 | 1 | 7 | 7 | 8 | -1 | $26.98 | $26.98 | $188.86 |
| Black Pans (1/6) | K9359 | 1 | 37 | 37 | 24 | 13 | $3.57 | $3.57 | $132.09 |
| Cooking Bowls (Small) | K6903 | 1 | 7 | 7 | 24 | -17 | $4.76 | $4.76 | $33.32 |
| Cooking Bowls (Medium) | K6905 | 1 | 8 | 8 | 12 | -4 | $6.88 | $6.88 | $55.04 |
| Cooking Bowls (Large) | K6907 | 1 | 9 | 9 | 12 | -3 | $12.81 | $12.81 | $115.29 |
| Clear Storage Containers (22qt) | K4650 | 1 | 22 | 22 | 20 | 2 | $23.98 | $23.98 | $527.56 |
| Clear Storage Containers (12qt) | K4648 | 1 | 23 | 23 | 20 | 3 | $12.75 | $12.75 | $293.25 |
| Plastic Round Container (22qt) | K5609 | 1 | 15 | 15 | 0 | 15 | $24.77 | $24.77 | $371.55 |
| Shallow Clear Container | K9478 | 1 | 32 | 32 | 0 | 32 | $20.70 | $20.70 | $662.40 |
| Plastic Square Container (Large Ice Bin) | K9479 | 1 | 9 | 9 | 0 | 9 | $50.73 | $50.73 | $456.57 |
| Lids (fit Lg Square Container) | K4647 | 1 | 55 | 55 | 0 | 55 | $3.01 | $3.01 | $165.55 |
| Black Long Pans (Plastic 1/3) | K9231 | 1 | 62 | 62 | 0 | 62 | $17.89 | $17.89 | $1,109.18 |
| Black 2" Deep Hotel Pan (Plastic) | K9206 | 1 | 8 | 8 | 0 | 8 | $21.99 | $21.99 | $175.92 |
| Scales | 1003855 | 1 | 2 | 2 | 0 | 2 | $46.65 | $46.65 | $93.30 |
| Knife (French) | 3K455 | 1 | 7 | 7 | 0 | 7 | $17.27 | $17.27 | $120.89 |

**Handschumacher**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Average Meal Count (3 Hours) | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|---|
| Cereal Bowls | C9332 | 36 | 1200 | 0.40 | 480 |
| Salad Bowls | 1007847 | 24 | 1200 | 0.33 | 396 |
| Large Pasta Bowls | 1007847 | 24 | 1200 | 0.10 | 120 |
| Asian Soup Bowls | C6172 | 36 | 1200 | 0.10 | 120 |
| Small Soup Cup | C2711 | 36 | 1200 | 0.15 | 180 |
| B&B plates | C8870 | 36 | 1200 | 0.25 | 300 |
| Square Plates (Plates combined) | 1012072 | 6 | 1200 | 1.25 | 1500 |
| Triangle Plates | C9162 | 24 | 1200 | 0.00 | 0 |
| 9" Round Plates | C7640 | 24 | 1200 | 0.00 | 0 |
| Oval Platters | 1003379 | 12 | 1200 | 0.00 | 0 |
| Asian Style Plates | 1007564 | 24 | 1200 | 0.00 | 0 |
| Monkey Dishes | 1039475 | 36 | 1200 | 0.50 | 600 |
| Blue - Drexel Dining Room Trays | 1131108 | 500 | 1200 | 0.75 | 900 |
| Forks | S2207 | 12 | 1200 | 1.00 | 1200 |
| Knives | S2216 | 12 | 1200 | 1.00 | 1200 |
| Teaspoons | S2201 | 12 | 1200 | 0.50 | 600 |
| Soup Spoons | S2203 | 12 | 1200 | 0.25 | 300 |
| Plastic Tumblers | 1G1120 | 72 | 1200 | 1.00 | 1200 |
| Carrot Slicer | 1K7054 | 1 | 1 | 12.00 | 12 |
| Dunage Racks | F9238 | 1 | 1 | 15.00 | 15 |
| Large Utility Carts | E2955 | 1 | 1 | 8.00 | 8 |
| WHITE BINS | E2522 | 1 | 1 | 20.00 | 20 |
| Small Utility Carts | E2953 | 1 | 1 | 6.00 | 6 |
| Lettuce Washer | 1K5800 | 1 | 1 | 1.00 | 1 |
| Pancake Makers (portion Dropper) | 1011345 | 1 | 1 | 2.00 | 2 |
| Tomato Slicer | K1529 | 1 | 1 | 2.00 | 2 |
| Square Lids | K4647 | 1 | 1 | 40.00 | 40 |
| Clear Container (Big Ice Bucket for Catering) | K9479 | 1 | 1 | 6.00 | 6 |
| Silver bucket (fruit display for servery) | 1031365 | 1 | 1 | 6.00 | 6 |
| Dollies (red) | 4J4515 | 1 | 1 | 5.00 | 5 |
| Funnel | K7332 | 1 | 1 | 4.00 | 4 |
| Round Pan 2" deep (for chafers) | 1S1989 | 1 | 1 | 6.00 | 6 |
| Plate & Bowl Holder | 2E7453 | 1 | 1 | 6.00 | 6 |
| Silver ware trays | 2E7249 | 1 | 1 | 6.00 | 6 |
| Soup Kettel | H648 | 1 | 1 | 1.00 | 1 |
| Pizza Screens | K2585 | 1 | 1 | 24.00 | 24 |
| Pizza Pans | K2588 | 1 | 1 | 36.00 | 36 |
| Pizza Shovel (Metal) | K4506 | 1 | 1 | 1.00 | 1 |
| Pizza Shovel (wooden) | K1945 | 1 | 1 | 1.00 | 1 |
| Cutting Board | K4780 | 1 | 1 | 48.00 | 48 |
| Fry Basket | X4270 | 1 | 1 | 8.00 | 8 |
| Black Pans (1/6) | K9359 | 1 | 1 | 24.00 | 24 |
| Cooking Bowls (Small) | K6903 | 1 | 1 | 24.00 | 24 |
| Cooking Bowls (Medium) | K6905 | 1 | 1 | 12.00 | 12 |
| Cooking Bowls (Large) | K6907 | 1 | 1 | 12.00 | 12 |
| Clear Storage Containers (22qt) | K4650 | 1 | 1 | 0.00 | 20 |
| Clear Storage Containers (12qt) | K4648 | 1 | 1 | 0.00 | 20 |
| Plastic Round Container (22qt) | K5609 | 1 | 1 | 0.00 | 10 |
| Shallow Clear Container | K9478 | 1 | 1 | 0.00 | 30 |
| Plastic Square Container (Large Ice Bin) | K9479 | 1 | 1 | 0.00 | 9 |
| Lids (fit Lg Square Container) | K4647 | 1 | 1 | 0.00 | 50 |
| Black Long Pans (Plastic 1/3) | K9231 | 1 | 1 | 0.00 | 60 |
| Black 2" Deep Hotel Pan (Plastic) | K9206 | 1 | 1 | 0.00 | 8 |
| Scales | 1003855 | 1 | 1 | 0.00 | 2 |
| Knife (French) | 3K455 | 1 | 1 | 0.00 | 7 |

Case 2:16-cv-05144-JMY Document 27-1 Filed 01/27/17 Page 45 of 50

**Handschumacher**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Par (Each) | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| Knife (Paring) | 1040309 | 1 | 2 | 2 | 0 | 2 | $3.78 | $3.78 | $7.56 |
| Knife (Boning) | 1040319 | 1 | 3 | 3 | 0 | 3 | $10.48 | $10.48 | $31.44 |
| Knife (Bread) | 1033963 | 1 | 3 | 3 | 0 | 3 | $7.89 | $7.89 | $23.67 |
| Pizza Cutter | 1040320 | 1 | 11 | 11 | 0 | 11 | $10.28 | $10.28 | $113.08 |
| Large Wisk | K7727 | 1 | 5 | 5 | 0 | 5 | $47.07 | $47.07 | $235.35 |
| PADDLE STIRRING 48 IN SS | K7285 | 1 | 1 | 1 | 0 | 1 | $17.98 | $17.98 | $17.98 |
| EGG/OMELET RING, 8" DIA. | GENERIC-EA | 1 | 7 | 7 | 0 | 7 | $55.54 | $55.54 | $388.78 |
| Wedge Master | 1K5706 | 1 | 1 | 1 | 0 | 1 | $127.97 | $127.97 | $127.97 |
| Large Racks | K4571 | 1 | 24 | 24 | 0 | 24 | $6.70 | $6.70 | $160.80 |
| Square Trashcan | J5014 | 1 | 10 | 10 | 0 | 10 | $43.38 | $43.38 | $433.80 |
| Round Trashcan | J2027 | 1 | 3 | 3 | 0 | 3 | $40.48 | $40.48 | $121.44 |
| BOWL NAPPIE 15 OZ DON WHITE | C9332 | 1 | 10 | 10 | 0 | 10 | $54.15 | $54.15 | $541.50 |
| PLATTER 19"X10-1/2" CERAMIC WHT | 1S711 | 1 | 6 | 6 | 0 | 6 | $34.21 | $34.21 | $205.26 |
| BOWL 12" SQUAVY WHT | 1S6550 | 1 | 1 | 1 | 0 | 1 | $39.61 | $39.61 | $39.61 |
| POT BAIN MARIE 1-1/4 QT 18/8 24 GASS | K8136 | 1 | 21 | 21 | 0 | 21 | $8.90 | $8.90 | $186.90 |
| Ice Bucket | K112 | 1 | 5 | 5 | 0 | 5 | $35.09 | $35.09 | $175.45 |
| Ice Scooper | K4687 | 1 | 3 | 3 | 0 | 3 | $1.57 | $1.57 | $4.71 |
| Coffee pots | 1013079 | 1 | 8 | 8 | 0 | 8 | $39.38 | $39.38 | $315.04 |
| | | | | | | | | | |
| Pan Fry 8" steel coat induction | K1690 | 1 | 31 | 31 | 0 | 31 | $14.90 | $60.05 | $461.90 |
| Pan Fry 10" steel coat induction | K1373 | 1 | 6 | 6 | 0 | 6 | $18.36 | $18.36 | $110.16 |
| Pan Fry 12" steel coat induction | K1374 | 1 | 6 | 6 | 0 | 6 | $23.15 | $23.15 | $138.90 |
| Pan Fry 14" steel coat induction | K1375 | 1 | 28 | 28 | 0 | 28 | $32.73 | $32.73 | $916.44 |
| POT STOCK 24 QT CHOICE ALUM | 1025323 | 1 | 3 | 3 | 0 | 3 | $65.08 | $65.08 | $195.24 |
| POT SAUCE 14 QT STANDARD ALUM | 1031630 | 1 | 4 | 4 | 0 | 4 | $67.79 | $67.79 | $271.16 |
| POT STOCK 40 QT CHOICE ALUM | 1025324 | 1 | 5 | 5 | 0 | 5 | $91.85 | $91.85 | $459.25 |
| Sauce Pot 75qt | 1036065 | 1 | 3 | 3 | 0 | 3 | $66.70 | $66.70 | $200.10 |
| Braizer pot 15qt | 1025316 | 1 | 0 | 0 | 0 | 0 | $63.59 | $63.59 | $0.00 |
| BRAZIER 20 QT CHOICE ALUM | 1025317 | 1 | 1 | 1 | 0 | 1 | $72.78 | $72.78 | $72.78 |
| Braizer pot 35qt | 1025319 | 1 | 3 | 3 | 0 | 3 | $96.40 | $96.40 | $289.20 |
| Roasting Pans (Large) | 1018351 | 1 | 1 | 1 | 0 | 1 | $105.65 | $105.65 | $105.65 |
| Raosting Pans (Medium) | 1020768 | 1 | 2 | 2 | 0 | 2 | $70.05 | $70.05 | $140.10 |
| Wok (OLD) | K673 | 1 | 1 | 1 | 0 | 1 | $74.73 | $74.73 | $74.73 |
| Strainer (Large) | K552 | 1 | 7 | 7 | 0 | 7 | $9.65 | $9.65 | $67.55 |
| Strainer (Small) | K573 | 1 | 2 | 2 | 0 | 2 | $2.19 | $2.19 | $4.38 |
| Hotel Pans (2" Deep) | K9881 | 1 | 470 | 470 | 0 | 470 | $16.37 | $16.37 | $7,693.90 |
| Hotel Pans (2" Deep w/ Holes) | K7157 | 1 | 17 | 17 | 0 | 17 | $25.23 | $25.23 | $428.91 |
| Hotel Pans (2" Deep 1/3) | K9807 | 1 | 3 | 3 | 0 | 3 | $9.39 | $9.39 | $28.17 |
| Hotel Pans (2" Deep 1/2) | K9884 | 1 | 80 | 80 | 0 | 80 | $10.84 | $10.84 | $867.20 |
| Hotel Pans (2" Deep 1/6) | K9813 | 1 | 0 | 0 | 0 | 0 | $6.65 | $6.65 | $0.00 |
| Spoons | K7200 | 1 | 53 | 53 | 0 | 53 | $3.26 | $3.26 | $172.78 |
| Wisk | K7714 | 1 | 14 | 14 | 0 | 14 | $7.18 | $7.18 | $100.52 |
| Laddle | 1S439 | 1 | 52 | 52 | 0 | 52 | $5.89 | $5.89 | $306.28 |
| SPATULA 15.75" 4X10 BLADE | 3K5750 | 1 | 14 | 14 | 0 | 14 | $11.96 | $11.96 | $167.44 |
| TURNER 8X3 SABRE SHARP WD | 3K2859 | 1 | 26 | 26 | 0 | 26 | $14.20 | $14.20 | $369.20 |
| Hotel Pans (4" Deep) | K9882 | 1 | 27 | 27 | 0 | 27 | $19.50 | $19.50 | $526.50 |
| Hotel Pans (4" Deep w/ Holes) | K7158 | 1 | 17 | 17 | 0 | 17 | $28.07 | $28.07 | $477.19 |
| Hotel Pans (4" Deep 1/2) | K9885 | 1 | 11 | 11 | 0 | 11 | $12.75 | $12.75 | $140.25 |
| Hotel Pans (4" Deep 1/2 w/ holes) | K7998 | 1 | 4 | 4 | 0 | 4 | $16.59 | $16.59 | $66.36 |
| Hotel Pans (4" Deep 1/3) | K9808 | 1 | 25 | 25 | 0 | 25 | $13.22 | $13.22 | $330.50 |
| Sifter | K949 | 1 | 2 | 2 | 0 | 2 | $10.94 | $10.94 | $21.88 |
| Pastry Cutter | K8804 | 1 | 3 | 3 | 0 | 3 | $21.68 | $21.68 | $65.04 |
| Biscuit Cutter | K3682 | 1 | 7 | 7 | 0 | 7 | $4.49 | $4.49 | $31.43 |
| Pie Cutter | K4279 | 1 | 9 | 9 | 0 | 9 | $11.95 | $11.95 | $107.55 |
| Cutter (Scraper dough) | 3K573 | 1 | 3 | 3 | 0 | 3 | $6.01 | $6.01 | $18.03 |
| Small Racks | K4569 | 1 | 3 | 3 | 0 | 3 | $3.58 | $3.58 | $10.74 |

**Handschumacher**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Average Meal Count (3 Hours) | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|---|
| Knife (Paring) | 1040309 | 1 | 1 | 0.00 | 2 |
| Knife (Boning) | 1040319 | 1 | 1 | 0.00 | 3 |
| Knife (Bread) | 1033963 | 1 | 1 | 0.00 | 3 |
| Pizza Cutter | 1040320 | 1 | 1 | 0.00 | 10 |
| Large Wisk | K7727 | 1 | 1 | 0.00 | 5 |
| PADDLE STIRRING 48 IN SS | K7285 | 1 | 1 | 0.00 | 1 |
| EGG/OMELET RING, 8" DIA. | GENERIC-EA | 1 | 1 | 0.00 | 7 |
| Wedge Master | 1K5706 | 1 | 1 | 0.00 | 1 |
| Large Racks | K4571 | 1 | 1 | 0.00 | 24 |
| Square Trashcan | J5014 | 1 | 1 | 0.00 | 10 |
| Round Trashcan | J2027 | 1 | 1 | 0.00 | 3 |
| BOWL NAPPIE 15 OZ DON WHITE | C9332 | 1 | 1 | 0.00 | 10 |
| PLATTER 19"X10-1/2" CERAMIC WHT | 1S711 | 1 | 1 | 0.00 | 6 |
| BOWL 12" SQUAVY WHT | 1S6550 | 1 | 1 | 0.00 | 1 |
| POT BAIN MARIE 1-1/4 QT 18/8 24 GASS | K8136 | 1 | 1 | 0.00 | 20 |
| Ice Bucket | K112 | 1 | 1 | 0.00 | 5 |
| Ice Scooper | K4687 | 1 | 1 | 0.00 | 3 |
| Coffee pots | 1013079 | 1 | 1 | 0.00 | 8 |
| Robot Coupe | 1K5801 | 1 | 1 | 0.00 | |
| Pan Fry 8" steel coat induction | K1690 | 1 | 1 | 0.00 | 30 |
| Pan Fry 10" steel coat induction | K1373 | 1 | 1 | 0.00 | 6 |
| Pan Fry 12" steel coat induction | K1374 | 1 | 1 | 0.00 | 6 |
| Pan Fry 14" steel coat induction | K1375 | 1 | 1 | 0.00 | 28 |
| POT STOCK 24 QT CHOICE ALUM | 1025323 | 1 | 1 | 0.00 | 3 |
| POT SAUCE 14 QT STANDARD ALUM | 1031630 | 1 | 1 | 0.00 | 4 |
| POT STOCK 40 QT CHOICE ALUM | 1025324 | 1 | 1 | 0.00 | 5 |
| Sauce Pot 75qt | 1036065 | 1 | 1 | 0.00 | 3 |
| Braizer pot 15qt | 1025316 | 1 | 1 | 0.00 | 0 |
| BRAZIER 20 QT CHOICE ALUM | 1025317 | 1 | 1 | 0.00 | 1 |
| Braizer pot 35qt | 1025319 | 1 | 1 | 0.00 | 3 |
| Roasting Pans (Large) | 1018351 | 1 | 1 | 0.00 | 1 |
| Raosting Pans (Medium) | 1020768 | 1 | 1 | 0.00 | 2 |
| Wok (OLD) | K673 | 1 | 1 | 0.00 | 1 |
| Strainer (Large) | K552 | 1 | 1 | 0.00 | 6 |
| Strainer (Small) | K573 | 1 | 1 | 0.00 | 2 |
| Hotel Pans (2" Deep) | K9881 | 1 | 1 | 0.00 | 430 |
| Hotel Pans (2" Deep w/ Holes) | K7157 | 1 | 1 | 0.00 | 17 |
| Hotel Pans (2" Deep 1/3) | K9807 | 1 | 1 | 0.00 | 3 |
| Hotel Pans (2" Deep 1/2) | K9884 | 1 | 1 | 0.00 | 80 |
| Hotel Pans (2" Deep 1/6) | K9813 | 1 | 1 | 0.00 | 10 |
| Spoons | K7200 | 1 | 1 | 0.00 | 50 |
| Wisk | K7714 | 1 | 1 | 0.00 | 14 |
| Laddle | 1S439 | 1 | 1 | 0.00 | 50 |
| SPATULA 15.75" 4X10 BLADE | 3K5750 | 1 | 1 | 0.00 | 14 |
| TURNER 8X3 SABRE SHARP WD | 3K2859 | 1 | 1 | 0.00 | 26 |
| Hotel Pans (4" Deep) | K9882 | 1 | 1 | 0.00 | 25 |
| Hotel Pans (4" Deep w/ Holes) | K7158 | 1 | 1 | 0.00 | 15 |
| Hotel Pans (4" Deep 1/2) | K9885 | 1 | 1 | 0.00 | 10 |
| Hotel Pans (4" Deep 1/2 w/ holes) | K7998 | 1 | 1 | 0.00 | 4 |
| Hotel Pans (4" Deep 1/3) | K9808 | 1 | 1 | 0.00 | 25 |
| Sifter | K949 | 1 | 1 | 0.00 | 2 |
| Pastry Cutter | K8804 | 1 | 1 | 0.00 | 3 |
| Biscuit Cutter | K3682 | 1 | 1 | 0.00 | 7 |
| Pie Cutter | K4279 | 1 | 1 | 0.00 | 9 |
| Cutter (Scraper dough) | 3K573 | 1 | 1 | 0.00 | 3 |
| Small Racks | K4569 | 1 | 1 | 0.00 | 3 |

Exhibit B –Smallwares Inventory

**Handschumacher**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Par (Each) | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| BOX FOOD SQR 12 QT CLR POLY | K4648 | 1 | 50 | 50 | 0 | 50 | $12.75 | $12.75 | $637.50 |
| Large Sheet Pans | K2582 | 1 | 285 | 285 | 0 | 285 | $8.56 | $8.56 | $2,439.60 |
| Small Sheet Pans | K2569 | 1 | 61 | 61 | 0 | 61 | $5.66 | $5.66 | $345.26 |
| French Knife | 3K455 | 1 | 6 | 6 | 0 | 6 | $17.27 | $17.27 | $103.62 |
| Lexan Large clear container | K9479 | 1 | 26 | 26 | 0 | 26 | $50.73 | $50.73 | $1,318.98 |
| Scale | 1003855 | 1 | 2 | 2 | 0 | 2 | $46.65 | $46.65 | $93.30 |
| Cake Pans | K6204 | 1 | 8 | 8 | 0 | 8 | $8.86 | $8.86 | $70.88 |
| Large Muffin Pan | K1607 | 1 | 16 | 16 | 0 | 16 | $67.11 | $67.11 | $1,073.76 |
| Small Muffin Pan | K1606 | 1 | 8 | 8 | 0 | 8 | $45.70 | $45.70 | $365.60 |
| PAN MINI MUFFIN 48-ON GLAZED | 1002191 | 1 | 13 | 13 | 0 | 13 | $64.19 | $64.19 | $834.47 |
| Roller | 1020590 | 1 | 2 | 2 | 0 | 2 | $11.94 | $11.94 | $23.88 |
| Cake Pan Frame | K2761 | 1 | 42 | 42 | 0 | 42 | $23.44 | $23.44 | $984.48 |
| Pie Pans | K6686 | 1 | 12 | 12 | 0 | 12 | $11.79 | $11.79 | $141.48 |
| Special Cake Pans | K3527 | 1 | 9 | 9 | 0 | 9 | $10.17 | $10.17 | $91.53 |
| TUBE PASTRY DECORATING SET 26 PC | K3740 | 1 | 3 | 3 | 0 | 3 | $17.00 | $17.00 | $51.00 |
| Unique Bowls | | 12 | 44 | 44 | 0 | 44 | $0.00 | | $0.00 |
| **Date:** | 12/18/2014 | | | | | | | | $65,465.93 |

**Handschumacher**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Average Meal Count (3 Hours) | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|---|
| BOX FOOD SQR 12 QT CLR POLY | K4648 | 1 | 1 | 0.00 | 50 |
| Large Sheet Pans | K2582 | 1 | 1 | 0.00 | 250 |
| Small Sheet Pans | K2569 | 1 | 1 | 0.00 | 60 |
| French Knife | 3K455 | 1 | 1 | 0.00 | 6 |
| Lexan Large clear container | K9479 | 1 | 1 | 0.00 | 35 |
| Scale | 1003855 | 1 | 1 | 0.00 | 2 |
| Cake Pans | K6204 | 1 | 1 | 0.00 | 8 |
| Large Muffin Pan | K1607 | 1 | 1 | 0.00 | 15 |
| Small Muffin Pan | K1606 | 1 | 1 | 0.00 | 8 |
| PAN MINI MUFFIN 48-ON GLAZED | 1002191 | 1 | 1 | 0.00 | 12 |
| Roller | 1020590 | 1 | 1 | 0.00 | 2 |
| Cake Pan Frame | K2761 | 1 | 1 | 0.00 | 40 |
| Pie Pans | K6686 | 1 | 1 | 0.00 | 12 |
| Special Cake Pans | K3527 | 1 | 1 | 0.00 | 9 |
| TUBE PASTRY DECORATING SET 26 PC | K3740 | 1 | 1 | 0.00 | 3 |
| Unique Bowls | | 12 | 1 | | 40 |

Exhibit B –Smallwares Inventory

**Chestnut Street Caterers**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|
| 10" plate cover | | 12 | 78 | 78 | 0 | $9.19 | $110.25 | $716.63 |
| 10.25 rock glass | 2338 | 36 | 108 | 108 | 0 | $3.06 | $110.25 | $330.75 |
| 10.25 rock glass- NO RACK | 2338 | 36 | 360 | 360 | 0 | $2.99 | $107.74 | $1,077.40 |
| 10.5 high ball glasses- NO RACK | 2310 | 36 | 144 | 144 | 0 | $3.06 | $110.25 | $441.00 |
| 10.5 high ball glasses- NO RACK | 2310 | 36 | 436 | 436 | 0 | $1.07 | $38.42 | $465.31 |
| 12" seaglass bowl | DBO017 | 6 | 6 | 6 | 0 | $7.99 | $47.92 | $47.92 |
| 16" hammered stainless tray | 1006595 | 3 | 3 | 3 | 0 | $19.66 | $58.97 | $58.97 |
| 16" stainless Hammered round platter | 1006595 | 3 | 10 | 10 | 0 | $27.82 | $83.46 | $278.20 |
| 18" hammered stainless tray | 1006596 | 3 | 2 | 2 | 0 | $31.16 | $93.48 | $62.32 |
| 2 oz ramekin | c60 | 36 | 47 | 47 | 0 | $2.24 | $80.66 | $105.31 |
| 20" Seaglass platter | SPT034CLG10 | 2 | 12 | 12 | 0 | $3.44 | $6.87 | $41.22 |
| 22" hammered stainless tray | 1006596 | 3 | 10 | 10 | 0 | $32.34 | $97.01 | $323.37 |
| 3 gallon fetco pots | 1S7288 | 1 | 6 | 6 | 0 | $135.20 | $135.20 | $811.20 |
| 4 oz china creamer | c3564 | 12 | 49 | 49 | 0 | $17.96 | $215.46 | $879.80 |
| 4 oz ramekin | 1012080 | 24 | 30 | 30 | 0 | $6.56 | $157.50 | $196.88 |
| 4oz Glass Creamer | n/a | 24 | 46 | 46 | 0 | $5.90 | $141.61 | $271.42 |
| 60 oz plastic pitchers | 1S8688 | 12 | 3 | 3 | 0 | $7.40 | $88.74 | $22.19 |
| Air Pot | 1027683 | 1 | 6 | 6 | 0 | $50.73 | $50.73 | $304.38 |
| B&B | c2930 | 36 | 93 | 93 | 0 | $1.94 | $69.69 | $180.03 |
| Bar Condiment Containers | n628 | 1 | 2 | 2 | 0 | $2.55 | $2.55 | $5.10 |
| Bowl | 1s3893 | 3 | 117 | 117 | 0 | $17.40 | $52.20 | $2,035.80 |
| Bridges | 1s3940 | 1 | 6 | 6 | 0 | $17.63 | $17.63 | $105.78 |
| Cambros 10 gallon | k4063 | 1 | 34 | 34 | 0 | $16.85 | $16.85 | $572.90 |
| Cambros 5 gallon | k4062 | 1 | 19 | 19 | 0 | $133.96 | $133.96 | $2,545.24 |
| Carts | e2953 | 1 | 10 | 10 | 0 | $4.59 | $4.59 | $45.90 |
| Champagne flutes | G430 | 12 | 120 | 120 | 0 | $0.47 | $5.64 | $56.40 |
| Champagne flutes- NO RACK | g430 | 36 | 36 | 36 | 0 | $0.32 | $11.59 | $11.59 |
| Coffee Cup Saucers | c2940 | 24 | 53 | 53 | 0 | $0.60 | $14.34 | $31.67 |
| Coffee Cups | c2938 | 24 | 120 | 120 | 0 | $1.12 | $26.98 | $134.90 |
| Coffee Mug | c711 | 24 | 176 | 176 | 0 | $0.15 | $3.57 | $26.18 |
| Cordless Heater | 1038851 | 1 | 4 | 4 | 0 | $4.76 | $4.76 | $19.04 |
| Crème Brulee Dishes | c33 | 24 | 30 | 30 | 0 | $0.29 | $6.88 | $8.60 |
| Dinner Plate | c2933 | 24 | 67 | 67 | 0 | $0.53 | $12.81 | $35.76 |
| Excalibur 8.5 oz wine- NO RACK | g1151 | 24 | 180 | 180 | 0 | $1.00 | $23.98 | $179.85 |
| Fetco 3 gallon | 1038333 | 1 | 7 | 7 | 0 | $12.75 | $12.75 | $89.25 |
| Footbal Trays | k8404 | 1 | 98 | 98 | 0 | $24.77 | $24.77 | $2,427.46 |
| Gravy Boat | 1s7355 | 12 | 18 | 18 | 0 | $1.73 | $20.70 | $31.05 |
| Hammered Salad Bowls | 1006594 | 3 | 6 | 6 | 0 | $16.91 | $50.73 | $101.46 |
| Heat Lamps | 2e1606 | 1 | 4 | 4 | 0 | $3.01 | $3.01 | $12.04 |
| High Ball large | f3210 | 36 | 150 | 150 | 0 | $0.50 | $17.89 | $74.54 |
| High Ball small | f3209 | 36 | 200 | 200 | 0 | $0.61 | $21.99 | $122.17 |
| Ice Tub -Hammered | 1016565 | 1 | 6 | 6 | 0 | $46.65 | $46.65 | $279.90 |
| Ice Tub Metal Cover | 1030888 | 1 | 4 | 4 | 0 | $17.27 | $17.27 | $69.08 |
| Long Metal riser | 1s8005 | 3 | 13 | 13 | 0 | $3.43 | $10.28 | $44.55 |
| Martini Glass | g2185 | 24 | 30 | 30 | 0 | $1.96 | $47.07 | $58.84 |
| MDS carts | n/a | 1 | 8 | 8 | 0 | $55.54 | $55.54 | $444.32 |
| Mongolian - Large | n/a | 1 | 1 | 1 | 0 | $43.38 | $43.38 | $43.38 |
| Mongolian-small | n/a | 1 | 1 | 1 | 0 | $40.48 | $40.48 | $40.48 |
| Oval BON CHEF | k9580 | 1 | 25 | 25 | 0 | $54.15 | $54.15 | $1,353.75 |
| Plastic Asian Spoons | c5590 | 1 | 118 | 118 | 0 | $35.09 | $35.09 | $4,140.62 |

**Chestnut Street Caterers**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|
| 10" plate cover | | 12 | N/A | 78 |
| 10.25 rock glass | 2338 | 36 | N/A | 108 |
| 10.25 rock glass- NO RACK | 2338 | 36 | N/A | 360 |
| 10.5 high ball glasses- NO RACK | 2310 | 36 | N/A | 144 |
| 10.5 high ball glasses- NO RACK | 2310 | 36 | N/A | 436 |
| 12" seaglass bowl | DBO017 | 6 | N/A | 6 |
| 16" hammered stainless tray | 1006595 | 3 | N/A | 3 |
| 16" stainless Hammered round platter | 1006595 | 3 | N/A | 10 |
| 18" hammered stainless tray | 1006596 | 3 | N/A | 2 |
| 20" Seaglass platter | SPT034CLG10 | 2 | N/A | 47 |
| 22" hammered stainless tray | 1006596 | 3 | N/A | 12 |
| 3 gallon fetco pots | 1S7288 | 1 | N/A | 10 |
| 4 oz china creamer | c3564 | 12 | N/A | 6 |
| 4 oz ramekin | 1012080 | 24 | N/A | 49 |
| 4oz Glass Creamer | n/a | 24 | N/A | 30 |
| 60 oz plastic pitchers | 1S8688 | 12 | N/A | 46 |
| Air Pot | 1027683 | 1 | N/A | 3 |
| B&B | c2930 | 36 | N/A | 6 |
| Bar Condiment Containers | n628 | 1 | N/A | 93 |
| Bowl | 1s3893 | 3 | N/A | 2 |
| Bridges | 1s3940 | 1 | N/A | 117 |
| Cambros 10 gallon | k4063 | 1 | N/A | 6 |
| Cambros 5 gallon | k4062 | 1 | N/A | 34 |
| Carts | e2953 | 1 | N/A | 19 |
| Champagne flutes | G430 | 12 | N/A | 10 |
| Champagne flutes- NO RACK | g430 | 36 | N/A | 120 |
| Coffee Cup Saucers | c2940 | 24 | N/A | 36 |
| Coffee Cups | c2938 | 24 | N/A | 53 |
| Coffee Mug | c711 | 24 | N/A | 120 |
| Cordless Heater | 1038851 | 1 | N/A | 176 |
| Crème Brulee Dishes | c33 | 24 | N/A | 4 |
| Dinner Plate | c2933 | 24 | N/A | 30 |
| Excalibur 8.5 oz wine- NO RACK | g1151 | 24 | N/A | 67 |
| Fetco 3 gallon | 1038333 | 1 | N/A | 180 |
| Footbal Trays | k8404 | 1 | N/A | 7 |
| Gravy Boat | 1s7355 | 12 | N/A | 98 |
| Hammered Salad Bowls | 1006594 | 3 | N/A | 18 |
| Heat Lamps | 2e1606 | 1 | N/A | 6 |
| High Ball large | f3210 | 36 | N/A | 4 |
| High Ball small | f3209 | 36 | N/A | 150 |
| Ice Tub -Hammered | 1016565 | 1 | N/A | 200 |
| Ice Tub Metal Cover | 1030888 | 1 | N/A | 6 |
| Long Metal riser | 1s8005 | 3 | N/A | 4 |
| Martini Glass | g2185 | 24 | N/A | 13 |
| MDS carts | n/a | 1 | N/A | 30 |
| Mongolian - Large | n/a | 1 | N/A | 8 |
| Mongolian-small | n/a | 1 | N/A | 1 |
| Oval BON CHEF | k9580 | 1 | N/A | 1 |
| Plastic Asian Spoons | c5590 | 1 | N/A | 25 |
| Rectangle Chafers | 1s1933 | 1 | N/A | 118 |

**Chestnut Street Caterers**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|
| Rectangle Chafers | 1s1933 | 1 | 45 | 45 | 0 | $1.57 | $1.57 | $70.65 |
| Rectangle Wire Chafer Insert | k9881 | 1 | 41 | 41 | 0 | $39.38 | $39.38 | $1,614.58 |
| Rectangle Wire Chafer Lids | k9882 | 1 | 36 | 36 | 0 | $347.00 | $347.00 | $12,492.00 |
| Roll Top Chafer with transporting case | 1s1971 | 1 | 5 | 5 | 0 | $60.05 | $60.05 | $300.25 |
| Round Bon Chef | k9579 | 1 | 25 | 25 | 0 | $18.36 | $18.36 | $459.00 |
| Salad plate | c2931 | 36 | 39 | 39 | 0 | $1.88 | $67.79 | $73.44 |
| Samovar- 100 cups | 1000346 | 1 | 8 | 8 | 0 | $91.85 | $91.85 | $734.80 |
| Samovar- 25 cups | 1000347 | 1 | 20 | 20 | 0 | $66.70 | $66.70 | $1,334.00 |
| Samovar- 50 cups | 1000348 | 1 | 3 | 3 | 0 | $63.59 | $63.59 | $190.77 |
| Silver Scisor Tongs | 1s271 | 1 | 75 | 75 | 0 | $105.65 | $105.65 | $7,923.75 |
| Soup Toureen | 1s5869 | 1 | 5 | 5 | 0 | $2.19 | $2.19 | $10.95 |
| Spoons | 1s445 | 1 | 30 | 30 | 0 | $16.37 | $16.37 | $491.10 |
| Table Number Stand | s3691 | 1 | 20 | 20 | 0 | $25.23 | $25.23 | $504.60 |
| Water dispenser Base | n/a | 1 | 20 | 20 | 0 | $3.26 | $3.26 | $65.20 |
| Water Goblets | g1159 | 24 | 263 | 263 | 0 | $5.89 | $0.00 | $1,549.07 |
| Wine Glasses AP | g1155 | 24 | 225 | 225 | 225 | $0.59 | $14.20 | $133.13 |
| Date: | 2/20/2015 | | | | | | | $49,709.15 |

**Chestnut Street Caterers**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|
| Rectangle Wire Chafer Insert | k9881 | 1 | N/A | 45 |
| Rectangle Wire Chafer Lids | k9882 | 1 | N/A | 41 |
| Roll Top Chafer with transporting case | 1s1971 | 1 | N/A | 36 |
| Round Bon Chef | k9579 | 1 | N/A | 5 |
| Salad plate | c2931 | 36 | N/A | 25 |
| Samovar- 100 cups | 1000346 | 1 | N/A | 39 |
| Samovar- 25 cups | 1000347 | 1 | N/A | 8 |
| Samovar- 50 cups | 1000348 | 1 | N/A | 20 |
| Silver Scisor Tongs | 1s271 | 1 | N/A | 3 |
| Soup Toureen | 1s5869 | 1 | N/A | 75 |
| Spoons | 1s445 | 1 | N/A | 5 |
| Table Number Stand | s3691 | 1 | N/A | 30 |
| Water dispenser Base | n/a | 1 | N/A | 20 |
| Water Goblets | g1159 | 24 | N/A | 20 |
| Wine Glasses AP | g1155 | 24 | N/A | 263 |
| | | | | |

Exhibit B –Smallwares Inventory

**University Club**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|
| 9" Round Plates (Gothic) | C3437 | N/A | 240 | 240 | 0 | 4.51 | N/A | $1,082.40 |
| Airpots | 1S655 | N/A | 4 | 4 | 0 | 50.73 | N/A | $202.92 |
| Butter Knife (new) | S2307 | N/A | 100 | 100 | 0 | 1.48 | N/A | $148.00 |
| Cake Spatula | 1S5457 | N/A | 4 | 4 | 0 | 6.22 | N/A | $24.88 |
| Chaffen Pan 1/2 Size | 1019545 | N/A | 7 | 7 | 0 | 10.48 | N/A | $73.36 |
| Chaffer Body (Soup) | 1019543 | N/A | 1 | 1 | 0 | 24.11 | N/A | $24.11 |
| Coffee Cups | C2988 | N/A | 80 | 80 | 0 | $1.55 | N/A | $124.00 |
| Forks (new rim) | S221 | N/A | 250 | 250 | 0 | 1.48 | N/A | $370.00 |
| Fruit Dish (Gothic) | C2989 | N/A | 190 | 190 | 0 | 1.99 | N/A | $378.10 |
| Goblets | G548 | N/A | 120 | 120 | 0 | 1.86 | N/A | $223.20 |
| Idol Chaffers | 1019156 | N/A | 6 | 6 | 0 | 354.11 | N/A | $2,124.66 |
| Infuser Beverage Dispenser | 1032175 | N/A | 1 | 1 | 0 | 142.33 | N/A | $142.33 |
| Knives (new rim) | S223 | N/A | 160 | 160 | 0 | 1.89 | N/A | $302.40 |
| Large Pasta Bowls | | N/A | 4 | 4 | 0 | 3.66 | N/A | $14.64 |
| Narrow Rim Plates 6" | C2995 | N/A | 80 | 80 | 0 | 1.96 | N/A | $156.80 |
| Salad Bowls (silver) | 1015720 | N/A | 12 | 12 | 0 | 9.54 | N/A | $114.48 |
| Salad Fork (new rim) | S225 | N/A | 120 | 120 | 0 | 1.89 | N/A | $226.80 |
| Saucers | C2980 | N/A | 80 | 80 | 0 | 1.99 | N/A | $159.20 |
| Serving Tongs | | N/A | 2 | 2 | 0 | 6.78 | N/A | $13.56 |
| Soup Spoons (new rim) | S224 | N/A | 200 | 200 | 0 | 1.99 | N/A | $398.00 |
| Spring Tongs (new rim) | 3K101 | N/A | 16 | 16 | 0 | 5.45 | N/A | $87.20 |
| Teaspoons (new rim) | S222 | N/A | 140 | 140 | 0 | 1.99 | N/A | $278.60 |
| **Date:** | 2/20/2015 | | | | | | | $6,669.64 |

**University Club**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|
| 9" Round Plates (Gothic) | C3437 | N/A | N/A | 240 |
| Airpots | 1S655 | N/A | N/A | 4 |
| Butter Knife (new) | S2307 | N/A | N/A | 100 |
| Cake Spatula | 1S5457 | N/A | N/A | 4 |
| Chaffen Pan 1/2 Size | 1019545 | N/A | N/A | 7 |
| Chaffer Body (Soup) | 1019543 | N/A | N/A | 1 |
| Coffee Cups | C2988 | N/A | N/A | 80 |
| Forks (new rim) | S221 | N/A | N/A | 250 |
| Fruit Dish (Gothic) | C2989 | N/A | N/A | 190 |
| Goblets | G548 | N/A | N/A | 120 |
| Idol Chaffers | 1019156 | N/A | N/A | 6 |
| Infuser Beverage Dispenser | 1032175 | N/A | N/A | 1 |
| Knives (new rim) | S223 | N/A | N/A | 160 |
| Large Pasta Bowls | 0 | N/A | N/A | 4 |
| Narrow Rim Plates 6" | C2995 | N/A | N/A | 80 |
| Salad Bowls (silver) | 1015720 | N/A | N/A | 12 |
| Salad Fork (new rim) | S225 | N/A | N/A | 120 |
| Saucers | C2980 | N/A | N/A | 80 |
| Serving Tongs | 0 | N/A | N/A | 2 |
| Soup Spoons (new rim) | S224 | N/A | N/A | 200 |
| Spring Tongs (new rim) | 3K101 | N/A | N/A | 16 |
| Teaspoons (new rim) | S222 | N/A | N/A | 140 |

Exhibit B –Smallwares Inventory

**Vegetate**
Exhibit B Smallwares Inventory 2014-2015

| Item | Item Number | Case Size | Each on Hand | Total Inventory | Variance to Par | Unit Price | Case Price | Total Value |
|---|---|---|---|---|---|---|---|---|
| Baking Trays | 95060 | N/A | 6 | 6 | 0 | $59.39 | 0 | $356.34 |
| Black Mdm Rect Deep | 59681 | N/A | 4 | 4 | 0 | $20.07 | 0 | $80.28 |
| Black Plastic Bowls Large | 85118 | N/A | 2 | 2 | 0 | $54.99 | 0 | $109.98 |
| Black Plastic Bowls Sm | 80991 | N/A | 25 | 25 | 0 | $9.99 | 0 | $249.75 |
| Black Plastice Bowls Mdm | 23696 | N/A | 12 | 12 | 0 | $19.29 | 0 | $231.48 |
| Black Sm square deep | 31850 | N/A | 2 | 2 | 0 | $7.79 | 0 | $15.58 |
| Coffee Urns Airpots | 61951 | N/A | 3 | 3 | 0 | $50.39 | 0 | $151.17 |
| Condiment Rack | 87667 | N/A | 1 | 1 | 0 | $215.00 | 0 | $215.00 |
| Creamer Pitchers | 42177 | N/A | 4 | 4 | 0 | $50.14 | 0 | $200.56 |
| Cut Gloves | 71941 | N/A | 4 | 4 | 0 | $11.43 | 0 | $45.72 |
| Cutting Boards | 29134 | N/A | 3 | 3 | 0 | $45.30 | 0 | $135.90 |
| Hotel Pans MDM 1/2 pan deep | 87007 | N/A | 12 | 12 | 0 | $56.99 | 0 | $683.88 |
| Hotel Pans SM rect | 24680 | N/A | 4 | 4 | 0 | $35.99 | 0 | $143.96 |
| Hotel Pans XL Full Shallow | 27336 | N/A | 6 | 6 | 0 | $32.09 | 0 | $192.54 |
| Knives 10" Chef | 13187 | N/A | 6 | 6 | 0 | $22.60 | 0 | $135.60 |
| Knife Rack | 86135 | N/A | 1 | 1 | 0 | $56.09 | 0 | $56.09 |
| Ladels | 59675 | N/A | 6 | 6 | 0 | $13.42 | 0 | $80.52 |
| Lid square | 90591 | N/A | 6 | 6 | 0 | $10.68 | 0 | $64.08 |
| Metal Round Beehive Bowls Lg | 71052 | N/A | 1 | 1 | 0 | $101.00 | 0 | $101.00 |
| Metal Round Beehive Bowls Mdm | 60758 | N/A | 2 | 2 | 0 | $40.01 | 0 | $80.02 |
| Napkin Dispensers LG | 29532 | N/A | 2 | 2 | 0 | $65.39 | 0 | $130.78 |
| Pitchers | 24989 | N/A | 4 | 4 | 0 | $58.99 | 0 | $235.96 |
| Plastic Cambro 18 qt square | 59085 | N/A | 2 | 2 | 0 | $35.49 | 0 | $70.98 |
| Plastic Cambro Lg Rect Deep | 46532 | N/A | 3 | 3 | 0 | $72.99 | 0 | $218.97 |
| Plastic Cambro Square MDM 8 QT | 45843 | N/A | 20 | 20 | 0 | $17.99 | 0 | $359.80 |
| Plastic Cambro Square Sm | 45841 | N/A | 12 | 12 | 0 | $6.39 | 0 | $76.68 |
| Pricing Gun | 89430 | N/A | 2 | 2 | 0 | $86.70 | 0 | $173.40 |
| Scissors/Shears | 39424 | N/A | 1 | 1 | 0 | $3.65 | 0 | $3.65 |
| Scoops 4 oz | 47018 | N/A | 2 | 2 | 0 | $8.52 | 0 | $17.04 |
| Soup Pot 11 qt Cover | 78204 | N/A | 3 | 3 | 0 | $29.99 | 0 | $89.97 |
| Soup Pots 11 qt | 75819 | N/A | 3 | 3 | 0 | $39.99 | 0 | $119.97 |
| Spatulas Metal | 45817 | N/A | 3 | 3 | 0 | $6.20 | 0 | $18.60 |
| Spatulas Rubber | 90946 | N/A | 2 | 2 | 0 | $8.99 | 0 | $17.98 |
| Spoons | 30100 | N/A | 8 | 8 | 0 | $3.82 | 0 | $30.56 |
| Spreaders | 15139 | N/A | 10 | 10 | 0 | $11.81 | 0 | $118.10 |
| Squeeze Bottles | 58598 | N/A | 10 | 10 | 0 | $2.69 | 0 | $26.90 |
| Thermometers Hanging | 93884 | N/A | 6 | 6 | 0 | $5.09 | 0 | $30.54 |
| Thermometers Dial | 80674 | N/A | 6 | 6 | 0 | $5.77 | 0 | $34.62 |
| Thermometers Digital Pocket | 36927 | N/A | 6 | 6 | 0 | $35.86 | 0 | $215.16 |
| Tongs | 27459 | N/A | 12 | 12 | 0 | $6.97 | 0 | $83.64 |
| **Date:** | 2/20/2015 | | | | | | | $5,402.75 |

**Vegetate**
Par Level Calculation 2014-2015

| Item | Item Number | Case Size | Dining By Design Recommended Par Per Guest | Par Needed |
|---|---|---|---|---|
| Baking Trays | 95060 | 0 | N/A | 6 |
| Black Mdm Rect Deep | 59681 | 0 | N/A | 4 |
| Black Plastic Bowls Large | 85118 | 0 | N/A | 2 |
| Black Plastic Bowls Sm | 80991 | 0 | N/A | 25 |
| Black Plastice Bowls Mdm | 23696 | 0 | N/A | 12 |
| Black Sm square deep | 31850 | 0 | N/A | 2 |
| Coffee Urns Airpots | 61951 | 0 | N/A | 3 |
| Condiment Rack | 87667 | 0 | N/A | 1 |
| Creamer Pitchers | 42177 | 0 | N/A | 4 |
| Cut Gloves | 71941 | 0 | N/A | 4 |
| Cutting Boards | 29134 | 0 | N/A | 3 |
| Hotel Pans MDM 1/2 pan deep | 87007 | 0 | N/A | 12 |
| Hotel Pans SM rect | 24680 | 0 | N/A | 4 |
| Hotel Pans XL Full Shallow | 27336 | 0 | N/A | 6 |
| Knives 10" Chef | 13187 | 0 | N/A | 6 |
| Knife Rack | 86135 | | N/A | 1 |
| Ladels | 59675 | 0 | N/A | 6 |
| Lid square | 90591 | 0 | N/A | 6 |
| Metal Round Beehive Bowls Lg | 71052 | 0 | N/A | 1 |
| Metal Round Beehive Bowls Mdm | 60758 | 0 | N/A | 2 |
| Napkin Dispensers LG | 29532 | 0 | N/A | 2 |
| Pitchers | 24989 | 0 | N/A | 4 |
| Plastic Cambro 18 qt square | 59085 | 0 | N/A | 2 |
| Plastic Cambro Lg Rect Deep | 46532 | 0 | N/A | 3 |
| Plastic Cambro Square MDM 8 QT | 45843 | 0 | N/A | 20 |
| Plastic Cambro Square Sm | 45841 | 0 | N/A | 12 |
| Pricing Gun | 89430 | | N/A | 2 |
| Scissors/Shears | 39424 | 0 | N/A | 1 |
| Scoops 4 oz | 47018 | 0 | N/A | 2 |
| Soup Pot 11 qt Cover | 78204 | 0 | N/A | 3 |
| Soup Pots 11 qt | 75819 | 0 | N/A | 3 |
| Spatulas Metal | 45817 | 0 | N/A | 3 |
| Spatulas Rubber | 90946 | 0 | N/A | 2 |
| Spoons | 30100 | 0 | N/A | 8 |
| Spreaders | 15139 | 0 | N/A | 10 |
| Squeeze Bottles | 58598 | 0 | N/A | 10 |
| Thermometers Hanging | 93884 | | N/A | 6 |
| Thermometers Dial | 80674 | | N/A | 6 |
| Thermometers Digital Pocket | 36927 | 0 | N/A | 6 |
| Tongs | 27459 | 0 | N/A | 12 |