# Exhibit B

negotiations with Drexel, other than exchanging drafts?
A. Isn't that negotiation? I don't know. I can't answer that.
Q. Other than exchanging drafts, were there any other negotiations with Drexel of the terms of the contract, either through conference calls or in-person meetings?
A. I have no knowledge.
Q. Was there anyone else on Sodexo's negotiating team besides yourself?
A. I don't know that we'd call it a negotiating team. But I know that there was one attorney that came one time. And I'm trying to remember. And Rush was always there. Rush, he's the business owner. So in our parlance, he's the business owner.
But there's -- you know, there's people on the periphery that are in the background. But nobody like -- you mean sits in the room?
Q. Yes. I mean directly communicating with Drexel.
A. Not to my knowledge. I can't

more specific.

Q. Well, do you remember anything that was said?

A. Yeah.

Q. What do you recall being said?

A. There was a big contention about indemnification.

Q. And that was largely handled by the lawyers, right?

A. The risk people from Sodexo and the attorneys.

Q. What else do you recall?

A. There was a huge -- it took months to get through Rita's requirements for work study. She wanted it pinned down so that Drexel students would have opportunities overseas, which I personally arranged.

There was a lot of discussion about Magic Johnson.

Q. What do you recall being discussed about Magic Johnson?

A. Rita wanted like specific dates that he -- you know, that he would be available and stuff like that written into the contract.

something different by that?

A. Rita and group, the Drexel group.

Q. Okay.

A. So she always had Pam in there and sometimes the lawyer. Somebody from facilities for Drexel. They were all Drexel people. And I'm sure it was, you know, Rush and after -- not the RDM, though. We excluded him after like I think the first meeting.

Q. Not who?

A. The resident district manager, Bill Cunningham.

Q. Why did you do that?

A. Because he had -- you know, he was running the operation, and we were in full operation then. And because contract negotiations can sometimes get contentious and we didn't want his relationship with Rita to be colored by anything that was said during the negotiation meetings.

Q. So now the two outstanding issues are the insurance provisions and financial assumptions, right?