# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SODEXOMAGIC, LLC<br><br>v.<br><br>DREXEL UNIVERSITY | CIVIL ACTION<br><br>NO. 16-5144 |

## ORDER

**AND NOW** this 28th day of November, 2017, it is hereby **ORDERED** as follows:

1. Plaintiff shall file an Amended Supplemental Filing, limited to the two claims discussed in the foregoing Memorandum, by December 8, 2017. Defendant shall answer by December 20, 2017. No motion to dismiss may be filed for the reasons stated in the foregoing Memorandum.

        **BY THE COURT:**

        /s/ Michael M. Baylson
        **MICHAEL M. BAYLSON**
        **United States District Court Judge**

O:\CIVIL 16\16-5144 Sodexomagic v Drexel\Order on MTD 11282017.docx