**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SODEXOMAGIC, LLC**<br><br>**v.**<br><br>**DREXEL UNIVERSITY** | **CIVIL ACTION**<br><br>**NO. 16-5144** |

## ORDER RE: MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO STRIKE

**AND NOW**, this second day of August, 2018, after review of the parties' motions, the submissions related thereto, and oral argument, and as discussed further in the Court's accompanying Memorandum, which details the specific portions of the parties' claims that remain in dispute, the Court rules as follows:

1. Drexel's Motion to Strike (ECF 208) will be **GRANTED IN PART AND DENIED IN PART,**
2. Sodexo's Motion to Strike (ECF 221) will be **DENIED**,
3. Drexel's Motion for Summary Judgment (ECF 220) will be **GRANTED IN PART AND DENIED IN PART**, and
4. Sodexo's Motion for Summary Judgment (ECF 200, 204) will be **GRANTED IN PART AND DENIED IN PART**.

As a result, Counts I, II, III, and IV of Sodexo's Complaint will be **DISMISSED**, Count V of Sodexo's Supplemental Complaint will be **DISMISSED IN PART**, Count I of Drexel's Counterclaims will be **DISMISSED**, and Count II of Drexel's Counterclaims will be **DISMISSED IN PART**.

BY THE COURT:

/s/ Michael M. Baylson

**Dated:  8/2/18**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**